# Infringement by Murata of U.S. Patent No. 7,489,914

**Multi-Band RF Module Products**
**Utilizing Multi-Layer LCP Substrate**

*Murata's LBKA Series Antenna Modules – Dual Substrate*
*(Representative Infringing RF Modules)*

**APPENDIX A**

**Claim 1**

| | | |
|---|---|---|
| 1[pre] | A multi-band RF device operable at a first frequency and a second frequency different from the first frequency, comprising: | Murata manufactures, offers for sell, sells, and/or imports high-frequency antenna modules that are designed to send/receive multiple frequencies and which utilize a multi-layer LCP substrate.<br><br>Murata advertises that "you can manufacture not only a substrate, but also transmission lines and other components for smart phones and tablet devices, as well as composite components that combine antennas and matching circuits with Multi-layer LCP product." Murata Multi-Layer LCP Products (**Exhibit 8**).<br><br>By way of example only—and expressly without limiting the Accused Products by the Complaint—one such Infringing Accused Product is Murata's LBKA Series 5G mmWave module ("LBKA Modules") shown below, which on information and belief, Murata began selling in 2021:<br><br><br><br>**Murata Advertising Announcing LBKA Series Multi-Layer LCP Antenna Modules**<br><br>Murata describes the LBKA Modules as "a space-saving antenna array integrated module for mmWave 5G designed specifically to meet the demanding requirements of the smartphone, Internet of Things (IoT) and local/private 5G markets." Murata LBKA RF Module (**Exhibit 10**).<br><br>The LBKA Modules receive and transmit multiple frequencies in the 5G waveband using multiple antenna arrays that are directly integrated into the package, thus providing an antenna in package ("AiP") implementation.<br><br>On information and belief, LBKA Series products are manufactured and sold by Murata to Google to be used to receive/transmit 5G mmWaves in Google's Pixel Pro 6 smartphones: |



**Location of Murata's LBKA Antenna Module in Google Pixel Pro 6**



**Removal of Murata's LBKA Module From Google Pixel Pro 6**

Further, this particular LBKA module is L-shaped with antennas located on two substrates connected by flexible printed circuits.  For reference purposes, this LBKA Module is accordingly referenced herein as a Dual Substrate LBKA Module.



On information and belief, Murata makes multiple Dual Substrate LBKA Modules for customers with varying model numbers.  For example, in the Pixel Pro, the Dual Substrate LBKA Modules have been found bearing various Murata part numbers starting with "SS" (e.g., SS1N25041, SS1707051, and SS1805058).[1]  One such model is shown below with model number SS1707051.



[2]

**Murata's Dual Substrate LBKA Module in a Google Pixel Pro 6**

---

[1] On information and belief, the Murata SS1N25041, SS1707051, and SS1805058 modules are a subset of part numbers for various modules that are all LBKA Series devices and are all substantially similar for purposes of this analysis.  Each includes a matching network comprising passive components embedded in multi-layer LCP.  And each comprises an RFIC (active device) for processing the various frequencies transmitted through the antennas and corresponding matching networks.  Accordingly, to the extent reference is made to any particular module bearing a Murata part number; it is to be understood that each such module is representative and that other AiP modules bearing other parts number that provide the features discussed herein are also to be considered Infringing RF Modules and thus "Accused Products" in this case.  GTRC anticipates that discovery will allow it to provide a comprehensive list of part numbers for the Murata's infringing products, whether such multi-layer LCP RF modules are designed and manufactured by Murata for smartphones, Wi-Fi modules, IoT devices, or otherwise.

[2] The Tech Insights images are available online at Tech Insights - Murata mmWave AiP Modules (**Exhibit 12**).

3

|  |  |  |
|---|---|---|
|  |  | As stated by Murata in circulars announcing the LBKA Series products, "[c]ombining high-speed operation with high-capacity, the innovative Murata design is capable of delivering secure, stable communication paths, making it much easier for smartphone manufacturers and wireless device developers to create systems that take full advantage of the benefits offered by mmWave 5G technology."  Murata LBKA RF Module (**Exhibit 10**). |
|  |  | The Dual Substrate LBKA Modules are also designed to receive/transmit at least two distinct frequencies using antenna patches that are formed as part of its modular design.  For example, on information and belief, the Dual Substrate LBKA Module in the Google Pixel Pro 6 includes eight (8) patch antenna elements (antennas indicated below in the Xray). |
|  |  | 

**Murata's Dual Substrate LBKA Module Antenna Patches** |
|  |  | On information and belief, these multiple antennas in the Dual Substrate LBKA Modules are configured to send/receive several pre-defined frequency bands (*e.g.*, 26GHz, 28GHz, and 39 GHz), requiring several matching networks for input/output of radio frequency signals. |
| 1[a] | An active device; | Murata's Dual Substrate LBKA Modules include an active device in the form of at least a transistor (BJT or FET) that controls the input/output of the antenna modules (via the matching networks).  Additionally, on information and belief, the Infringing LBKA Modules also include LNAs connected to the matching networks for amplification of input/output signals through the RF that include passive and active devices (for example, as described in the '914 Patent). |

4

A reference AiP module is shown below, similar to Murata's modules, which will include an antenna board, passive components, and an RFIC. In Murata's module, the substrate for the antenna board comprises LCP.



As shown, the AiP is typically connected to the main board of the mobile device through the use of a flex circuit, which may comprise LCP.

Further, Murata notes that its LBKA Module is designed to control multiple antennas using a single RFIC, which would include input/output from the RF antennas to the active devices, utilizing matching networks for each different frequency band. *See* Murata LBKA RF Module (**Exhibit 10**) ("using just a single RFIC").

Murata's Dual Substrate LBKA Modules likewise include an active device within its integrated circuit package—one of the discrete components located above the substrate stack Xray shown below. The matching networks comprised by passive devices embedded in LCP discussed below provide both input and output to the RFIC active device.



**Xray of Murata's Dual Substrate LBKA Module**

| 1[b] | A first passive network in communication with the active device, the first passive network comprising a first matching network at an input of the active device; | As noted above, Murata's Dual Substrate LBKA Modules include multiple antennas, and likewise comprise multiple matching networks embedded in the multi-layer LCP substrate. |
|---|---|---|
| | | Murata's website advertises that Murata "can manufacture not only a substrate, but also transmission lines and other components for smart phones and tablet devices, as well as composite components that combine antennas *and matching circuits with Multi-layer LCP product*."  Murata Multi-Layer LCP Products (**Exhibit 8**) (emphasis added). |
| | | Murata's Dual Substrate LBKA Modules include at least two passive networks formed by at least two metal layers embedded in an LCP substrate. |
| | | Accordingly, Murata's Dual Substrate LBKA Modules include a first passive network that includes LC components forming a matching network/resonator at the input and outputs of the transistor (active device). These components are formed from metallized layers on liquid crystal polymer (LCP) substrate. The inductors are constructed using either stripline, CPW/stripline, or CPW/microstrip. |
| | | Two such impedance matching networks formed from metal embedded in LCP substrate are shown below in Murata's Dual Substrate LBKA Module—each formed by metal layers on both the top face and the bottom face of an LCP layer designed to handle a different frequency for impedance matching purposes: |

| | | |
|---|---|---|
| | | <br>**Multiple Matching Passive Networks Embedded in LCP Substrate in Murata LBKA Modules**<br><br>Further, each separate passive matching network is connected to the input/output of the AiP module's RFIC (active device) as noted previously. |
| 1[c] | A second passive network in communication with the active device, the second passive network comprising a second matching network at an output of the active device; and | Murata's Dual Substrate LBKA Modules further include a second passive network in communication with the active device.<br><br>Murata's website advertises that Murata "can manufacture not only a substrate, but also transmission lines and other components for smart phones and tablet devices, as well as composite components that combine antennas *and matching circuits with Multi-layer LCP product*." Murata Multi-Layer LCP Products (**Exhibit 8**) (emphasis added).<br><br>The Dual Substrate LBKA Modules comprise multiple matching networks embedded in the multi-layer LCP substrate. |

7

| | | |
|---|---|---|
| | | 

**Multiple Matching Passive Networks Embedded in LCP Substrate in Murata LBKA Modules**

This second passive network also includes LC components forming a matching network/resonator at the input and output of the transistor. These components are formed from metallized layers on the liquid crystal polymer substrate. The inductors are constructed using either stripline, CPW/stripline, or CPW/microstrip.

Each separate passive matching network is connected to the input/output of the AiP module's RFIC (active device). |
| 1[d] | An organic-based substrate having at least two metal layers, wherein the two metal layers are patterned to form at least a portion of the first passive network and the second passive network, wherein | The Murata Dual Substrate LBKA Modules are constructed using an organic-based substrate, namely liquid crystal polymer (LCP), with metal layers patterned on either side of the substrate to form the first and second passive networks.

Murata's website advertises that Murata "can manufacture not only a substrate, but also transmission lines and other components for smart phones and tablet devices, as well as |

8

| | |
|---|---|
| impedances of the first and second passive networks are different at the first frequency than the second frequency. | composite components that combine antennas *and matching circuits with Multi-layer LCP product*." Murata Multi-Layer LCP Products (**Exhibit 8**) (emphasis added). |

Murata promotes that its LBKA Series Modules are "based around the MetroCirc™ mmWave antenna module board with its superior high-frequency performance." Murata LBKA RF Module (**Exhibit 10**).

Murata describes MetroCirc as "a multilayer resin substrate comprising resin sheets using LCP film and copper foil sheets stacked in many layers employing Murata's multilayer technology." 2018 Murata Market Value Report (**Exhibit 7**), p. 23.

Accordingly, the passive networks in the Dual Substrate LBKA Modules use metal to form at least a portion of the first and second passive matching networks on at least two metal layers that are embedded in the LCP substrate as depicted below.



**Multiple Matching Passive Networks Embedded in LCP Substrate in Murata's LBKA Modules**

|  |  | Further, on information and belief, the impedance of each passive matching network in the Dual Substrate LBKA Modules is different.  As disclosed in the CT image above, the topology of the striplines for the metal layers embedded in the LCP substrate forming the passive networks are different, resulting in different inductive and capacitive impedances for each passive matching network. |

10

**Claim 2**

| 2 | The multi-band RF device of claim 1, wherein the first and second passive networks comprise resonant circuits, and wherein the impedances of the first and second networks comprise reactance. | The passive matching networks described with regard to claim 1 as to the Dual Substrate LBKA Modules are resonant circuits with a characteristic inductance, where the impedance of an inductor (or capacitor) to an oscillating signal is known as reactance. |
|---|---|---|

**Claim 11**

| 11 | The multi-band RF device of claim 1, wherein the organic-based substrate comprises liquid crystalline polymer. | The Dual Substrate LBKA Modules utilize a multi-layer LCP substrate.<br><br>Murata advertises that its LBKA Series Modules utilize MetroCirc, which Murata describes as "a multilayer resin substrate comprising resin sheets using LCP film and copper foil sheets stacked in many layers employing Murata's multilayer technology." 2018 Murata Market Value Report (**Exhibit 7**), p. 23.<br><br>A Fourier-transform infrared spectroscopy (FTIR) spectra analysis of a Dual Substrate LBKA Module bearing model number SS1N25041 further confirms that the substrate of the Murata LBKA Series Modules comprise liquid crystalline polymer (LCP). |
|---|---|---|

**Claim 12**

| 12 | The multi-band RF device of claim 1, wherein the active device is a field effect transistor. | On information and belief, the transceiver die in the LBKA Modules RFIC uses CMOS (complementary metal-oxide-semiconductor) technology resulting in MOSFETs (metal-oxide-semiconductor field-effect transistors) rather than BJTs (bipolar junction transistors). The MOSFET forming the active device in the LBKA Modules is thus a field effect transistor. |
|---|---|---|

**Claim 13**

| 13 | The multi-band RF device of claim 1, wherein the first passive network comprises a component embedded in the organic-based substrate. | As noted with reference to Claim 1, passive components are embedded in the LCP substrate of the Dual Substrate LBKA Module as shown by the topology of the metallic lines: |
|---|---|---|



**Multiple Matching Passive Networks Embedded in LCP Substrate in Murata's LBKA Modules**

Murata describes its multi-layer LCP products (MetroCirc products) as having vias to connect each metal layer as needed for the implementation.

The Dual Substrate LBKA Modules employ such vias, as shown by a cross-section optical micrograph image of the substrate and vias:

|   |   |   |
|---|---|---|
|   |   | <br>**Via Components Embedded in Organic Substrate in Murata's LBKA Modules** |

**Claim 14**

| 14 | The multi-band RF device of claim 1, wherein at least one of the metal layers is patterned to form at least a portion of a component included in the first passive network. | the passive networks are partially comprised of the metallized layers on both sides of the organic-based substrate. The metallized layers provide at least a portion of a component of the first passive network.<br><br>For example, metal layers can be seen in the CT scan on the bottom of the first substrate layer in the Dual Substrate LBKA Modules, as disclosed below:<br><br><br>**Bottom Plane of LCP Layer of Murata LBKA Modules** |
|---|---|---|

**Claim 15**

| 15 | The multi-band RF device of claim 1, wherein the second passive network comprises a component embedded in the organic-based substrate. | As noted with reference to Claim 1, passive components are embedded in the LCP substrate as shown by the topology of the metallic lines:<br><br>**Multiple Matching Passive Networks Embedded in LCP Substrate in Murata LBKA Modules**<br><br>The Dual Substrate LBKA Modules utilizes vias that connect one metal layer to another, a s shown by a cross-section optical micrograph image of the LCP substrate: |
|---|---|---|

14

|  |  |  |
|---|---|---|

**Claim 16**

| 16 | The multi-band RF device of claim 1, wherein at least one of the metal layers is patterned to form at least a portion of a component included in the second passive network. | On information and belief, the passive matching networks are also partially comprised of the metallized layers on both sides of the organic-based substrate.<br><br>As noted above with reference to Claim 14, metal layers are formed on both sides of each substrate in the Dual Substrate LBKA Modules, as shown below:<br><br><br><br>**Bottom Plane of LCP Layer of Murata LBKA Modules**<br><br>These additional metal layers are embedded in the same substrate as the top plane metal layers and form at least a portion of components that contribute to each passive matching network. |