# Infringement by Murata of U.S. Patent No. 7,489,914

**Multi-Band RF Module Products**
**Utilizing Multi-Layer LCP Substrate**

*Murata's 1UGA LG and 2FGG LG Antenna Modules*
(Representative Infringing RF Modules)

**APPENDIX C**

**Claim 1**

| | | |
|---|---|---|
| 1[pre] | A multi-band RF device operable at a first frequency and a second frequency different from the first frequency, comprising: | Murata manufactures, offers for sell, sells, and/or imports high-frequency antenna modules that are designed to send/receive multiple frequencies and which utilize a multi-layer LCP substrate (also referred to by Murata as MetroCirc).<br><br>By way of example only—and expressly without limitation of the Accused Products covered by the Complaint—on information and belief, one such Infringing RF Module is Murata's antenna-on-package (AoP) module(s) manufactured and sold to Apple for inclusion in Apple iPhone models 12 and higher.<br><br>GTRC is currently aware of two such AoP modules: one bearing part number 2FGG LG, which is manufactured and sold by Murata for use in Apple's iPhone 13 devices; and another bearing part number 1UGA LG, which on information and belief is manufactured and sold by Murata for use in Apple's iPhone 12 devices (collectively the "Murata LG Modules"). On information and belief, the earliest of these modules was first manufactured by Murata in 2021.[1]<br><br><br>**Murata's 2FGG LG Module Located in Mobile Device**<br><br>On information and belief, the Murata LG Modules are manufactured by Murata by utilizing multi-layer LCP substrates to perform matching networks and for integrating transceivers for sending/receiving 5G signals.<br><br>Further, as shown by the CT scan below, each Murata LG Module includes multiple antennas to send/receive at least two different radio frequencies to the transceiver as show below: |

---

[1] On information and belief, the 2FGG LG and 1UGA LG are substantially similar for purposes of this infringement analysis. To the extent reference is made to a Murata part number in this claim chart, it is to be understood that the model number is only a representative product and that AiP modules bearing other parts number that provide the features disclosed herein are considered infringing Murata LG Modules and are included as "Accused Products" in this case. GTRC anticipates that discovery will allow it to provide a comprehensive list of part numbers for the Murata's infringing products, whether such multi-layer LCP RF modules are designed and manufactured by Murata for smartphones, Wi-Fi modules, IoT devices, or otherwise.

| | | |
|---|---|---|
| | | **Antenna to Substrate (by layer) View of Murata LG Modules** |
| 1[a] | An active device; | As noted, the Murata LG Modules include active devices in the form of transceivers with active devices, such as transistors (BJT or FET).<br><br>On information and belief, the transceiver integrated circuits are mounted to the top of the LCP substrate and are paired with a matching network embedded in the multi-layer substrate.<br><br>A reference AiP module for an Apple iPhone is shown below, exemplary of Murata's modules, which includes an antenna board, passive components, and an RFIC. In Murata's module, the substrate for the antenna board comprises LCP.<br><br>**Exemplary AiP Module Layout and Connection to Main Board** |

| | | |
|---|---|---|
| | | As shown, the AiP is typically connected to the main board of the mobile device through the use of a flex circuit, which may comprise LCP.<br><br>On information and belief, Murata's LG Modules likewise include an active device within its integrated circuit package—one of the discrete components located above the substrate as shown.  The matching networks comprised by passive devices embedded in LCP discussed below provide both input and output to the RFIC active device<br><br>**Murata LG Modules RFIC Mounted on Substrate** |
| 1[b] | A first passive network in communication with the active device, the first passive network comprising a first matching network at an input of the active device; | In the Murata LG Modules, each antenna is routed through a passive network that provides impedance matching for receiving and sending different 5G waves to the active device (transceiver IC). |

3



On information and belief, this matching network/resonator is formed from metallized layers on the embedded in the LCP substrate of each Murata LG Module.

Murata's website advertises that Murata "can manufacture not only a substrate, but also transmission lines and other components for smart phones and tablet devices, as well as composite components that combine antennas *and matching circuits with Multi-layer LCP product*."  Murata Multi-Layer LCP Products (**Exhibit 8**) (emphasis added).

On information and belief, embedded striplines in the Murata LG Modules form at least a portion of each impedance matching network through the varying widths of the traces.  In particular, modifying the width of each trace (as noted below) affects the impedance of the respective trace, thus resulting in the metal circuit forming a portion of the matching network.



4

| | | |
|---|---|---|
| 1[c] | A second passive network in communication with the active device, the second passive network comprising a second matching network at an output of the active device; and | As noted above, the Murata LG Modules include multiple antennas and accordingly must also utilize multiple impedance matching networks for the input and output of radio frequencies.<br><br>Murata's website advertises that Murata "can manufacture not only a substrate, but also transmission lines and other components for smart phones and tablet devices, as well as composite components that combine antennas *and matching circuits with Multi-layer LCP product*."  Murata Multi-Layer LCP Products (**Exhibit 8**) (emphasis added).<br><br>On information and belief, the Murata LG Modules provide at least two passive networks comprising at least two matching networks for different frequencies received from multiple antennas.<br><br>On information and belief, embedded co-planar waveguides/striplines also form at least a portion of the second impedance matching network by variation in the widths of the metal strips.<br><br>This may be performed on the top layer of a LCP substrate, or it may also be performed on the bottom later of the LCP substrate, which includes metal striplines of varying width to modulate impedance.<br><br>[Figure: Antenna Layer with arrow pointing down to Plane Below Target Surface] |
| 1[d] | An organic-based substrate having at least two metal layers, wherein the two metal layers are patterned to form at least a portion of the first passive network and the second passive network, wherein impedances of the first and second passive networks are different at | On information and belief, the Murata LG Modules constructed using a liquid crystal polymer substrate with metal layers being patterned on either side of the substrate to form the first and second passive networks.<br><br>Murata's website advertises that Murata "can manufacture not only a substrate, but also transmission lines and other components for smart phones and tablet devices, as well as composite components that combine antennas and matching circuits with Multi-layer LCP product."  Murata Multi-Layer LCP Products (**Exhibit 8**). |

| | | |
|---|---|---|
| | the first frequency than the second frequency. | Since at least 2017, Murata has supplied Apple with bendable MetroCirc circuit boards. Murata Supplies MetroCirc to Apple (**Exhibit 13**).<br><br>Murata describes MetroCirc as "a multilayer resin substrate comprising resin sheets using LCP film and copper foil sheets stacked in many layers employing Murata's multilayer technology." 2018 Murata Market Value Report (**Exhibit 7**), p. 23.<br><br>Accordingly, on information and belief, the passive networks in the Murata LG Modules use metal to form at least a portion of the first and second passive matching networks that are embedded in the LCP substrate.<br><br><br><br><br>**Matching Passive Networks Embedded in LCP Substrate in Murata's LG Modules**<br><br>Further, on information and belief, the impedance of each passive matching network in the LG Modules is different. As disclosed in the CT image above, the topology of the striplines for the |

6

|   |   | metal layers embedded in the LCP substrate forming the passive networks are different for each antenna patch, resulting in different inductance impedances for the passive matching networks receiving high-frequency signals from/to the antenna and RFIC. |
|---|---|---|

**Claim 2**

| 2 | The multi-band RF device of claim 1, wherein the first and second passive networks comprise resonant circuits, and wherein the impedances of the first and second networks comprise reactance. | The passive matching networks described with regard to claim 1 as to the Murata LG Modules are resonant circuits with a characteristic inductance, where the impedance of an inductor (or capacitor) to an oscillating signal is known as reactance. |
|---|---|---|

**Claim 11**

| 11 | The multi-band RF device of claim 1, wherein the organic-based substrate comprises liquid crystalline polymer. | On information and belief, the Murata LG Modules utilize a multi-layer LCP substrate.<br><br>Since at least 2017, Murata has supplied Apple with bendable MetroCirc circuit boards. Murata Supplies MetroCirc to Apple (**Exhibit 13**).<br><br>Murata describes MetroCirc as "a multilayer resin substrate comprising resin sheets using LCP film and copper foil sheets stacked in many layers employing Murata's multilayer technology." 2018 Murata Market Value Report (**Exhibit 7**), p. 23. |
|---|---|---|

**Claim 12**

| 12 | The multi-band RF device of claim 1, wherein the active device is a field effect transistor. | On information and belief, the transceiver die in the Murata LG Modules use CMOS (complementary metal-oxide-semiconductor) technology resulting in MOSFETs (metal-oxide-semiconductor field-effect transistors) rather than BJTs (bipolar junction transistors). The MOSFET forming the active device in the LG Modules is thus a field effect transistor. |
|---|---|---|

**Claim 13**

| 13 | The multi-band RF device of claim 1, wherein the first passive network comprises a component embedded in the organic-based substrate. | As noted with reference to Claim 1, on information and belief, passive components are embedded in the LCP substrate of the Murata LG Modules, as exemplified by the topology of the metallic lines shown below:: |
|---|---|---|

7



On information and belief, the Single Substrate LBKA Modules also utilize vias that connect one metal layer to another.



**Claim 14**

| 14 | The multi-band RF device of claim 1, wherein at least one of the metal layers is patterned to form at least a portion of a component included in the first passive network. | As identified in relation to claim element 1[d], the passive networks are partially comprised of the metallized layers on both sides of the organic-based substrate. On information and belief, the bottom metallized layers provide at least a portion of a component of the first passive network. |
|---|---|---|

|   |   |   |
|---|---|---|
|   |   | <br>**Bottom Surface of Passive Network Substrate in LG Modules** |

**Claim 15**

| 15 | The multi-band RF device of claim 1, wherein the second passive network comprises a component embedded in the organic-based substrate. | As noted with reference to Claim 1, passive components are embedded in the LCP substrate as shown by the topology of the metallic lines:<br><br>The Infringing RF Modules include vias that connect one metal layer to another. |
|---|---|---|

| | | |
|---|---|---|
| | | CT Image: Antenna Module Cross-Section (Top Surface) |

**Claim 16**

| 16 | The multi-band RF device of claim 1, wherein at least one of the metal layers is patterned to form at least a portion of a component included in the second passive network. | On information and belief, the passive matching networks are also partially comprised of the metallized layers on both sides of the organic-based substrate.<br><br><br><br>On information and belief, these additional metal layers are embedded in the same substrate as the top plane metal layers and form additional components that contribute to each passive matching network. |
|---|---|---|

10