# EXHIBIT 2

# Murata
# value report
# 2023

ENG





INNOVATOR IN ELECTRONICS

# Contents

**Murata's values and vision**
| | |
| --- | --- |
| What Murata values | 3 |
| Message from the President | 7 |

**Murata today**
| | |
| --- | --- |
| Murata's growth trajectory and expansion in field of electronics | 13 |
| Murata's business | 16 |
| One year at Murata | 19 |
| Financial and ESG data highlights | 21 |

**Murata's value creation story**
| | |
| --- | --- |
| Process of value creation | 23 |
| Management capital and core competencies | 25 |
| Growth strategies under Vision 2030 | 27 |
| Murata's material issues | 29 |
| Stakeholder engagement | 35 |

**Progress with current strategies and initiatives**
| | |
| --- | --- |
| Message from the Director of Corporate Unit | 37 |
| Progress with Medium-term Direction 2024 | 41 |
| 3-layer portfolio management and strategies for each business | 45 |
| Message from the Director of Corporate Technology & Business Development Unit | 57 |
| Development of elemental technology and promotion of innovation | 61 |
| Murata's intellectual property activities | 62 |
| Murata's monozukuri (manufacturing) | 63 |

**Foundation for achieving sustainable growth**
| | |
| --- | --- |
| Strengthening Murata's response to climate change | 65 |
| Use of sustainable resources | 71 |
| Message from the vice president in charge of human resources | 73 |
| Strengthening human capital | 75 |
| Coexistence with local communities | 80 |
| Respect for human rights | 81 |
| CSR procurement promotion | 83 |
| Risk management | 86 |
| Compliance | 89 |
| Executives | 91 |
| Message from the Chairman of the Board | 93 |
| Corporate governance | 95 |
| Round-table discussion with Outside Directors | 103 |

**Data section**
| | |
| --- | --- |
| 11-year consolidated financial summary (US-GAAP) | 109 |
| Consolidated balance sheets | 111 |
| Consolidated statements of income / Consolidated statements of comprehensive income | 112 |
| Consolidated statements of cash flows | 113 |
| Analysis of financial position | 114 |
| ESG data | 115 |
| External evaluations | 117 |
| Company and stock information | 118 |

**Term of this report**   Between April 1, 2022 and March 31, 2023
* Some activities taking place on or before March 31, 2022, or on or after April 1, 2023, are covered in the report as well.

**Organizations reported on**   Murata Manufacturing Group
(Murata Manufacturing Co., Ltd. and 88 subsidiaries inside and outside of Japan)

**Reference guidelines**   ISO26000, The International Integrated Reporting Council (IIRC) "The International Integrated Reporting Framework," Ministry of Economy, Trade and Industry "Guidance for Collaborative Value Creation"

**Future forecasts, projections and plans**
In addition to past and current performance, this report contains future forecasts, predictions, plans, and other information. Such forecasts, predictions, and plans are assumptions or judgments based on information available at the time of publication, and hence include uncertainties. Accordingly, the results of future operating activities and future phenomena may differ from forecasts, predictions, and plans in this report.
* In this report, "Murata" refers to the Murata Manufacturing Group as a whole, and "Murata Manufacturing Co., Ltd." to Murata Manufacturing as a standalone company.

be compatible with 3G. In those days, the prevailing view was that this semiconductor switch would not be suitable for high frequencies, and many people within the company raised objections or doubts. Initially, we had a hard time achieving the required technical characteristics, and the engineers involved of the project struggled day after day. Nevertheless, they refused to give up, and with a strong desire to contribute to the advancement of society by creating innovative products and solutions, they were able to come up with new ideas and eventually develop a product that we could feel proud to unveil.

The source of Murata's success has been the implementation of the Murata Philosophy by our employees. The founder's attitude toward business, attitude of prospering together with all our stakeholders, and attitude of working sincerely to solve problems have been passed down to the employees of today. Murata has refined its technology, and through dialogue between Murata and partners who share the same passion, we have expanded the value that Murata provides to customers.

\* The company became part of the Murata Group in December 2014.

 ## And now, into the future —Aiming to co-create value with stakeholders

In the years since our foundation, the environment and technologies surrounding Murata have changed dramatically, but at all times, each and every employee, in his or her respective role, has continued to put the Murata Philosophy into practice and contribute to the development of culture advancement of society, while valuing the pioneering spirit and commitment to gratitude of our founder.

To continuously increase our corporate value while retaining the mindset of our founder, in 2021 we formulated Vision 2030 which sets out our long-term direction and the preparations that we need to make. Vision 2030 defines "co-creation with stakeholders" as being central to achieving what Murata wants to be.

Murata has lived up to its slogan, "Innovator in Electronics,"

which embodies our desire to be "a leader in innovation for the electronics industry." By putting this idea into practice and by building solid, trusting relationships with our customers, Murata has established a global brand of capacitors and communications components. , On the other hand, to respond to the intensifying changes in our environment and proactively create value as a true Innovator in Electronics, we believe it is important that we expand the scope of the value we provide from just "innovation for customers" to also include "innovation for solving social issues."

Murata will be aiming for sustainable value creation through dialogue and co-creation with stakeholders

We want to continue to be trusted and be the best choice for customers and society. Murata will keep taking on challenges.





**Message from the President**

# Becoming the Global No. 1 Component & Module Supplier while continuing to cement our Innovator in Electronics position within the industry

President

## Norio Nakajima

## Preparing for the next growth stage despite the challenging business environment

We will start by reviewing the results for fiscal 2022. Compared to the previous = year, which saw record-high financial results, sales and profit decreased, and pre-tax Return on Invested Capital (ROIC) - a key indicator for the company, also declined. For Murata, which has a high ratio of overseas net sales and considerable foreign currency-denominated transactions, the yen's depreciation of over 20 when compared to the previous fiscal year, was a positive factor for profit growth. However, the main factors causing a decline in profits were a downturn in the company's sales volume against a backdrop of weak demand for consumer product market components, such as smartphones and PCs, as well as the resulting decrease in the operating rate.

The environment is expected to remain challenging in fiscal 2023 for the second consecutive year due to weak recovery in the consumer product market and mounting downward pressure on product prices stemming from sluggish demand. In the smartphone market, we expect demand to expand in India, Southeast Asia, and Africa, where further population growth is anticipated. However, there is a risk of commoditization as the communications technology matures. Murata holds a large market share in a wide range of products, which is primarily centered on our mainstay multilayer ceramic capacitors. However, we believe it is imperative that we remain competitive in the cutting-edge technology areas where we are currently ahead and respond to environmental changes in terms of our business strategy.

In the mobility market, automobile electrification continues to progress, and we believe that demand for electronic components will maintain its steady growth. Since the mobility market requires a greater amount of high-quality, highly reliable products than the consumer product market and because the size of the products places a heavy burden on the company's production processes, we need to increase our production capacity to meet anticipated growth.

The electronics industry is said to experience cyclical economic fluctuations such as recovery, expansion, downturn, and deterioration. In applying this to Murata's history, it is my opinion that we are on a "wave of being an Innovator in Electronics" since earnings peak approximately every fifteen years. Considering this trend, our view is that demand will bottom out in fiscal 2022 and 2023, then the market will once again expand considerably from fiscal 2030 and beyond.

Based on these points, what we need to do now is remain steadfast in our short term strategy, while simultaneously use hypothetical thinking to prepare for the next technological innovation. To achieve continued business growth in the future, we will strive to manage our business in a way that coexists with deductive and inductive thinking that considers both year over year growth and 15 years from now.

## Growing business opportunities for Murata through the expanding use of electronics

In 2021, we announced Vision 2030, Murata's long-term direction that addresses changes in the business environment and outlines our roadmap to achieve sustainable enhancement of corporate value. In the market supply and demand cycle, while there are times when demand temporarily decreases, we believe that increased and ongoing digitalization and the expanding use of electronics and technological innovation in communication will not waiver. In the world of communication networks, new value will be created by "converting everything into data and connecting them together." With the introduction of 5G in the 2020s, a world where various devices are connected to the Internet has been realized. Going forward, increases

in speed, capacity, and low-delay features will continue to advance towards 6G which is expected to be introduced in the 2030s.

Beyond 2030, the importance of communication as an infrastructure will rise and lend to a world where AI connects both physical and cyber worlds. Amidst this, people's lifestyles will change significantly as they can make and execute various decisions in cyberspace. For example, suppose it becomes possible to upload a person's health status to cyberspace and for AI to process vital data and provide instantaneous feedback to optimize someone's well-being. In that case, receiving more appropriate medical care from a medical network will be possible, leading to the

# Murata's business

Murata creates unique products and provides cutting-edge electronic components for all sorts of electronic devices in everyday life, including smartphones and PCs. Murata holds a large market share in a wide range of products, from our mainstay capacitors to inductors (coils), filters, lithium-ion batteries, sensors, and other components, and modules comprised of these components.

As an innovator in the electronics industry, we will continue to provide new value in the expanding business opportunities such as communications, mobility, environment and wellness, and contribute to the enrichment of society.

## Murata products



**Multilayer ceramic capacitors**

Indispensable to electronic circuits, these components serve to store and adjust flows of electricity.

Murata's global share

**40**%



**Noise suppression products EMI suppression filters**

These components eliminate electromagnetic noise and protect delicate electronic circuits.

Murata's global share

**40**%



**Radio frequency (RF) inductors**

Electronic components that are used in exchanging high-frequency signals, such as wireless signals in smartphones.

Murata's global share

**60**%



**SAW filters**

The filters that extract only the required portion of a radio signal are key devices in high-frequency circuits.

Murata's global share

**50**%

* The global market share of our main products is just our estimate. It may vary depending on the market and usage.

## The number of products required

(単位：個)

| Product name | Smartphone | Laptop PC | Tablet PC | Automobile | Digital television | Smartwatch |
|---|---|---|---|---|---|---|
| Multilayer ceramic capacitors (MLCCs) | 1,000 | 800 | 600 | 5,000-8,000 | 600 | 350 |
| EMI suppression filters (EMIFIL®) | 60 | 60 | 90 | 270-400 | 50 | 30 |
| Inductors (coils) | 300 | 30-50 | 200 | 400-500 | 30 | 30-50 |
| SAW filters | 4-70 | — | 4-70 | 0-30 | — | 0-30 |
| Multilayer LC filters (filters, couplers, baluns, etc.) | 2-20 | 2-4 | 2-20 | 2-8 | 2 | 3-6 |

* Our estimate. The above figures are the number required per unit and not the number of our products used.

## Sales by product for fiscal 2022



**Devices/modules**
761.0 billion yen

**Functional devices** ▶P.54
Sensors, timing devices (resonators), etc.
92.8 billion yen

**Battery and power supply** ▶P.53
Lithium-ion secondary batteries, power supply modules
214.6 billion yen

**High frequency devices and communications modules** ▶P.49
Connectivity modules, RF modules, SAW filters, multilayer resin substrates (multilayer LCP product), etc.
453.6 billion yen

**Others**
Solution business, medical products, machinery manufacturing, etc.
▶P.55
11.7 billion yen

**Components**
914.2 billion yen

**Capacitors** ▶P.47
Multilayer ceramic capacitors, etc.
738.8 billion yen

**Inductors/EMI filters** ▶P.48
Inductors and EMI suppression filters
175.3 billion yen

Fiscal 2022
**Sales by Segment**

5.5% 0.7% 12.7% 45.1% 54.2% 43.8% 26.9% 10.4%



**Communications**
Smartphones, wearable devices, and base stations
659.2 billion yen

**Industry and others**
Industrial equipment, medical products, and distributors
214.8 billion yen

**Home appliances**
Power tools (gardening tools, etc.) and audiovisuals
197.8 billion yen

**Computers**
PCs, servers, and HDDs
224.7 billion yen

**Mobility**
Automobiles
390.2 billion yen

Fiscal 2022
**Sales Application Category**

12.8% 39.1% 11.7% 13.3% 23.1%



**Greater China**
842.6 billion yen

**Asia and others**
265.3 billion yen

**Japan**
152.2 billion yen

**Europe**
173.9 billion yen

**The Americas**
252.8 billion yen

Fiscal 2022
**Sales by Area**

15.7% 50.0% 9.0% 10.3% 15.0%

## ▌ Segment performance for fiscal 2022 (US-GAAP)

| | Net sales* | Operating income | Operating income / net sales | ROIC (pre-tax basis)* |
|---|---|---|---|---|
| **Components** | **924.4** billion yen | **280.1** billion yen | **30.3**% | **24.0**% |
| **Devices/modules** | **761.0** billion yen | **20.6** billion yen | **2.7**% | **2.5**% |
| **Others** | **74.6** billion yen | **−2.8** billion yen | **−3.8**% | — |
| **Elimination** | **−73.1** billion yen | — | — | — |
| **Consolidated total** | **1,686.8** billion yen | **297.9** billion yen | **17.7**% | **14.6**% |

\* Net sales include inter-segment sales.
\* ROIC (pre-tax basis) = Operating income / Invested capital (Property, plant and equipment + Inventories + Trade accounts receivable − Trade accounts payable)

## ▌ Global network (as of March 31, 2023)

| Number of companies | Number of employees | Ratio of sales outside of Japan to net sales | Domestic production ratio Approx. |
|---|---|---|---|
| **88** | **73,164** | **90**% or higher | **65**% |



**Europe**
Number of employees Approx.
**2,000**
Number of companies
**9**

**Greater China**
Number of employees Approx.
**18,500**
Number of companies
**20**

**The Americas**
Number of employees Approx.
**1,500**
Number of companies
**13**

**Japan**
Number of employees Approx.
**33,000**
Number of companies
**31**

**Asia and others**
Number of employees Approx.
**18,000**
Number of companies
**15**

# High frequency devices and communications modules 1

## Surface acoustic wave (SAW) filters

A SAW filter is a filter that can pick out electric signals in a particular frequency band, using the surface acoustic wave that propagates along the surface of the piezoelectric substrate. Ensuring smooth wireless communication between devices requires high-functioning filters that can let though electric signals in a particular frequency band, while eliminating noises of unnecessary frequency bands.

### Business opportunities

- Expansion of the communications market through the advancement of 5G
- Addition of wireless communications functions to IoT devices
- Advancement of technological trends such as higher frequency and smaller filters with superior composite performance

### Strengths

- Extensive product lineup / high market share
- Superior characteristics (high frequency / broadband / high attenuation / low insertion loss / small size) required in the future communications market
- Reliable quality
- Largest production capacity in the industry and reliable supply capability

### Competitors

- TAIYO YUDEN (Japan), Qualcomm (U.S.), Qorvo (U.S.), Wisol (South Korea), Shoulder (China), etc.

### Risks

- Deterioration of market environment due to global economic stagnation and heightened geopolitical risks
- Intensified competition with competitors and entry by low-cost manufacturers

### Growth strategies

**1 Secure profit-earning opportunities by differentiation in high-value-added products and strengthening cost competitiveness**

In addition to our proprietary I.H.P. and TC-SAW technologies, we will strengthen alliances for new technologies and strive to enhance cost competitiveness by improving productivity to respond to the rise of other manufacturers in the sector.

**2 Mass production of filters using XBAR technology**

With the spread of 5G and next-generation Wi-Fi standards, the need for high-performance, high-frequency filters with a broad bandwidth is expected to increase. XBAR technology has advanced characteristics at high frequencies and in a broad bandwidth, as well as high compatibility with the SAW filter manufacturing process. This will strengthen our business as a differentiating technology for filters.

**3 Explore new applications and customers by leveraging Murata's strengths in the expanding communications market with 5G**

With the spread of IoT devices other than smartphones, wireless communications functions is added to various applications. In addition, with the introduction of 5G, the combination of incorporated frequency bands is becoming more complex, and the technical requirements for filters are becoming more challenging. Murata will expand its business in new markets by leveraging its technological strengths.

Progress with growth strategies

## Strategy for the surface acoustic wave (SAW) filter business that reflects changes in the competitive landscape

Since the beginning of 2023, smartphone production has slumped and middle- and low-end handsets are accounting for a greater share of the market. Demand for SAW filters has been similarly sluggish, and competition among rival players is intensifying. On the other hand, the proportion of high-end handsets equipped with modules is rising amid the ongoing trend toward higher functionality and denser implementations, and the need for compact SAW filters with superior characteristics for use in modules is also increasing.

In view of these circumstances, we will establish technological superiority by accelerating the development of products with differentiated technologies, such as compact products and XBAR, while strengthening our cost competitiveness in product lines for which the competitive environment is becoming harsher. Through these initiatives, we will maintain the top market share in the industry.

# High frequency devices and communications modules 2

## ■ RF modules

RF modules are electronic component units that realize an analogue high-frequency circuit that controls communications among wireless devices by integrating various key devices in a small package. This module is comprised of passive devices such as SAW filters, high-power amplifiers (PA) in transmission circuits, low-noise amplifiers (LNA) in reception circuits, antenna changeover switches and other semiconductor devices. RF modules are used for various types of wireless devices including smartphones and tablet PCs.

### Business opportunities
- Expansion of frequency bands, advancement of communications technologies driven by growing adoption of 5G
- Advancement in modularization and miniaturization of electronic components

### Strengths
- In-house production of key devices such as filters and packaging technologies
- Identification of customer trends and capability to propose products utilizing sales and technical support network
- Business speed, reliable quality and stable supply enabled by integrated production

### Competitors
- Skyworks Solutions (U.S.), Qorvo (U.S.), Qualcomm (U.S.), Broadcom (U.S.), etc.

### Risks
- Potential moves by customers and component suppliers due to heightened geopolitical risks
- Entry of low-cost module manufacturers into the market

## Growth strategies

**1 Realize business growth by investing resources in differentiating technologies**
In the current competitive environment, the level of technology of competitors is very high. We will establish a competitive advantage by fostering or acquiring differentiated technologies.

**2 Empower Digital Envelope Tracking Technology**
We will differentiate ourselves from our competitors and capture business opportunities through the "Digital Envelope Tracking Technology" of Eta Wireless Inc., which we acquired in September 2021.

**3 Enhance fundamental capabilities to improve position in growing markets**
In the 5G and the 6G era, which is also called Beyond 5G, "ultra-low power consumption" and "ultra-reliable communication" are required. In order to survive in the global competition, we will continue to strengthen the high technological capabilities and high-quality monozukuri that Murata has cultivated over the years.

**Progress with growth strategies** | **Making production progress visible to improve the manufacturing frontline's ability to respond to changes**

Komoro Murata Manufacturing (Nagano Prefecture), which produces high-frequency modules, is actively pursuing factory smartification. The advantages of the company's high-frequency modules lie in the fact that the company employs differentiated technology to provide customized products that are optimized for each customer following discussions with them. However, a disadvantage is that this calls for the production of numerous different products, which means that it is difficult to gauge production status. This makes it essential to meticulously manage progress to respond to sudden fluctuations in demand. To address this issue, the company introduced a system that monitors the production line using heat map. This is resulted in not only improved production efficiency but also in enhanced ability to respond to demand fluctuations. We intend to roll out this success story from Komoro Murata Manufacturing to other plants to increase production efficiency throughout the Group.

# High frequency devices and communications modules $\boxed{3}$

## ■ Multilayer resin substrates (Multilayer LCP Product)

Multilayer LCP Product is a thinner multilayer resin substrate comprising LCP (liquid crystal polymer) sheets. It features exceptional RF characteristics and realizes a substrate with a stable performance due to low water absorption. It is also characterized by the ability to handle a flexible bending process because it does not require an adhesive layer. In addition, high multiple layers are possible by using Murata's multilayer technology, enabling high flexibility in design. Multilayer LCP Product is used in smartphones, wearable devices, and other applications, contributing to smaller, thinner, and higher performance devices with low energy consumption.

### Business opportunities

- Expansion of high-frequency communication markets such as 5G and UWB (Ultra Wide Band)
- Resolution of customers' issues by utilizing characteristics, such as low water absorption and shape retention property

### Strengths

- Superiority in low transmission loss properties in the high-frequency band
- High multi layers, low water absorption, flexibility that can handle complex bending process
- Extensive mass production experience for LCPs

### Competitors

- ZDT (Taiwan), Flexium Interconnect (Taiwan), etc.

### Risks

- Intensifying competition with competitors
- Changes in the demand due to changes in customers' designs

## Growth strategies

**1 Extend sales activities in new business areas and to new customers**

In addition to earnings in existing business areas, we will expand our customer base and diversify revenue sources, including strengthening internal synergies.

**2 Further enhance differentiated technologies**

We will further strengthen our competitive advantage in terms of characteristics in the 5G millimeter wave bands and UWB areas.

**3 Improve productivity through the promotion of smart factories and the development of cost reduction technologies**

We will strengthen our monozukuri strength and cost competitiveness by continuing productivity improvement activities.

**Progress with growth strategies** | ## Preparing for market expansion in the 5G millimeter wave bands

Millimeter wave, which are frequency bands used in 5G, has been slow to spread globally due to lags in infrastructure development, lack of services, and difficulties in area deployment. However, millimeter wave is a technology with great potential. Millimeter wave has features such as high radio wave linearity and wide bandwidth (allowing a large amount of data to be sent at one time). Millimeter wave will enable high-speed, large-capacity communications, and we can expect to see the birth of new applications that take advantage of these characteristics and the expansion of the electronics market.

Multilayer LCP Product demonstrates advantages in applications such as millimeter-wave transmission lines, which leverage its low transmission loss performance at ultra-high frequencies. In addition, as the frequencies used become higher, Multilayer LCP Product will be able to show its competitive superiority in terms of transmission loss compared with competing technologies. Since the millimeter wave market is expected to expand significantly in the future, we will steadily implement our growth strategy for this business to take advantage of opportunities in this growing market.

# High frequency devices and communications modules 4



## ■ Connectivity modules

Connectivity modules are essential compound components that wirelessly connect various devices. These are mounted on familiar home appliances used in our daily lives, such as smartphones, tablet PCs, digital cameras and air conditioners, and in-vehicle devices such as car navigation systems. They are also used in various other settings, enabling users to download and upload photos and music from the internet and perform hands-free calling while driving.

### Business opportunities
- Growing adoption of 5G
- Full-fledged consideration of Beyond 5G
- Expansion of wireless communication functions in automobiles and various types of devices following the development of an IoT society

### Strengths
- Millimeter wave modules using Murata's unique multilayer resin substrates (Multilayer LCP Product)
- Technologies that enable miniaturization and high performance as well as ensure reliability
- Software technologies that improve connectivity
- Product proposal capabilities and partnerships with customers by leveraging our knowledge of communications cultivated through our smartphone business

### Competitors
- Quectel (China), Azurewave (Taiwan), etc.

### Risks
- Intensifying competition with competitors
- Delays in new product releases due to delays in the start-up of new applications such as autonomous driving
- Deterioration of market environment due to heightened geopolitical risks

## Growth strategies

**1 Execute portfolio review**
We will review our business structure, which is centered on smartphones, and aim to expand our business in diverse areas centered on mobility and IoT, which are expected to grow in the future.

**2 Cultivate new markets and develop and expand sales of new products**
We will sow the seeds of the future in response to expanding business opportunities resulting from changes in communications systems.

**3 Strengthen the structure with a view to further market expansion in the area of communications**
We will pursue a production system that can efficiently respond to diverse customer requirements by realizing a thick and short value chain through further strengthening of the cooperation between development and manufacturing.

**Progress with growth strategies** | ## Shift into IoT/mobility markets and progress with development and mass production of new products

We are pivoting our business portfolio from one centered on the smartphone market as the proportion of our sales coming from the IoT and mobility markets expands. To meet the diverse needs of customers in these markets, we are also strengthening our factory production structure to respond to demand for various product types and quantities. At the same time, we are improving our customer support structure by deploying web-based tools.

We also aim to grow our business by developing and mass-producing modules that support the millimeter wave, UWB, Radar, and V2X communications standards, which are expected to proliferate in the connectivity field going forward, as well as edge AI module products, which are ideal with the IoT world, in which all devices are connected.

# Battery and power supply

## ◻ Lithium-ion secondary batteries

Murata's lithium-ion secondary batteries are classified into three types: cylindrical, laminated, and small lithium primary batteries. The cylindrical type, on which we are particularly focusing, has the advantages of high output, safety, long-term storage, and high temperature characteristics.

We will leverage these strengths to expand our business in the expanding markets for small drive systems and storage batteries to contribute to the enrichment of society by responding to the need for decarbonization, renewable energy, energy conservation, and so on.

### Business opportunities

**Lithium-ion secondary batteries: cylindrical type**
- Trends toward cordless power tools, gardening tools, and cleaners, as well as shift to decarbonization (from gasoline engines to batteries and motors)
- Utilization of natural energy, in-house consumption of electricity, and backup power supplies during power outage

**Lithium primary batteries: small type**
- Greater demand for small batteries for automotive and medical applications

### Strengths

- High-quality, high-output technology
- Packaging technology that enables impact resistance and miniaturization

### Competitors

- Samsung SDI (South Korea), LGES (South Korea), Panasonic (Japan), TDK (Japan), EVE (China), etc.

### Risks

- Market entry and expansion by competitors in our target markets
- Rising resource prices due to increased resource depletion risk and geopolitical risk
- Global environmental regulations and trend towards local production for local consumption

## Growth strategies

**1 Further enhance differentiated technologies**
We will strengthen Murata's technological strengths based on our superior materials technology and expand our business in growing markets.

**2 Establish business foundation as Murata's environmental contribution business**
We aim to capture business opportunities on the environmental front such as through storage batteries using Murata's unique FORTELION lithium-ion secondary battery, which uses olivine-type lithium iron phosphate as the cathode material and has a long service life and high safety characteristics.

**3 Build a strong business foundation through timely investment and strengthening of monozukuri**
We will focus on markets where we can leverage our strengths to achieve strong future growth, while also strengthening our monozukuri strength to maximize our differentiated technologies.

**Progress with growth strategies** │ ## Enhancing productivity and strengthening our business foundation through collaboration within the Group

In fiscal 2023, we are facing a challenging business environment, as the slump in the power tool market has led to a decline in capacity utilization at our plants. Yet even under such circumstances, we are working to strengthen our business foundation to realize future growth. As part of these efforts, we will be endeavoring to improve productivity, an issue we were unable to give adequate attention to in the past as we were responding to growing demand. We are also promoting exchanges between personnel at plants for other businesses and personnel at battery factories. This initiative has led to the development of on-site supervisors at battery factories and the creation of safe and secure workplaces, thereby improving our frontline capabilities. By deepening exchanges among Group personnel and applying Murata's technologies and monozukuri strength to the battery business, we are aiming to build a competitive business foundation.

# EXHIBIT 3

Corporate > Company > Business > High frequency devices and communications modules

# High frequency devices and communications modules

## Main products

Surface acoustic wave (SAW) filters, Multilayer resin substrates (Multilayer LCP Product), Connectivity modules

## Surface acoustic wave (SAW) filters



A SAW filter is a filter that can pick out electric signals in a particular frequency band, using the surface acoustic wave that propagates along the surface of the piezoelectric substrate. Ensuring smooth wireless communication between devices requires high-functioning filters that can let though electric signals in a particular frequency band, while eliminating noises of unnecessary frequency bands.

| Business opportunities | Strengths |
| --- | --- |
| <ul><li>Expansion of the communications market through the advancement of 5G</li><li>Addition of wireless communications functions to IoT devices</li><li>Advancement of technological trends such as higher frequency and smaller filters with superior composite performance</li></ul> | <ul><li>Extensive product lineup / high market share</li><li>Superior characteristics (high frequency / broadband / high attenuation / low insertion loss / small size) required in the future communications market</li><li>Reliable quality</li><li>Largest production capacity in the industry and reliable supply capability</li></ul> |

## Growth strategies

### ① Secure profit-earning opportunities by differentiation in high-value-added products and strengthening cost competitiveness

In addition to our proprietary I.H.P. and TC-SAW technologies, we will strengthen alliances for new technologies and strive to enhance cost competitiveness by improving productivity to respond to the rise of other manufacturers in the sector.

Company

Message from the President

Philosophy

Process of value creation

Management strategy

Facts and Figures

Murata Locations

Executives

History

Corporate Governance

Procurement Guidelines

Murata's human resources

Business

② **Mass production of filters using XBAR technology**

Filters

Inductors/EMI filters

High-frequency devices and
communications modules

Battery and power supply

Functional devices

With the spread of 5G and next-generation Wi-Fi standards, the need for high-performance, high-frequency filters with a broad bandwidth is expected to increase. XBAR technology has advanced characteristics at high frequencies and in a broad bandwidth, as well as high compatibility with the SAW filter manufacturing process. This will strengthen our business as a differentiating technology for filters.

③ **Explore new applications and customers by leveraging Murata's strengths in the expanding communications market with 5G**

With the spread of IoT devices other than smartphones, wireless communications functions is added to various applications. In addition, with the introduction of 5G, the combination of incorporated frequency bands is becoming more complex, and the technical requirements for filters are becoming more challenging. Murata will expand its business in new markets by leveraging its technological strengths.

**<Progress with growth strategies>**
**Strategy for the surface acoustic wave (SAW) filter business that reflects changes in the competitive landscape**

Since the beginning of 2023, smartphone production has slumped and middle- and low-end handsets are accounting for a greater share of the market. Demand for SAW filters has been similarly sluggish, and competition among rival players is intensifying. On the other hand, the proportion of high-end handsets equipped with modules is rising amid the ongoing trend toward higher functionality and denser implementations, and the need for compact SAW filters with superior characteristics for use in modules is also increasing.

In view of these circumstances, we will establish technological superiority by accelerating the development of products with differentiated technologies, such as compact products and XBAR, while strengthening our cost competitiveness in product lines for which the competitive environment is becoming harsher. Through these initiatives, we will maintain the top market share in the industry.

## RF modules



RF modules are electronic component units that realize an analogue high-frequency circuit that controls communications among wireless devices by integrating various key devices in a small package. This module is comprised of passive devices such as SAW filters, high-power amplifiers (PA) in transmission circuits, low-noise amplifiers (LNA) in reception circuits, antenna changeover switches and other semiconductor devices. RF modules are used for various types of wireless devices including smartphones and tablet PCs.

| Business opportunities | Strengths |
|---|---|
| • Expansion of frequency bands, advancement of communications technologies driven by growing adoption of 5G<br>• Advancement in modularization and miniaturization of electronic components | • In-house production of key devices such as filters and packaging technologies<br>• Identification of customer trends and capability to propose products utilizing sales and technical support network<br>• Business speed, reliable quality and stable supply enabled by integrated production |

## Growth strategies

### ① Realize business growth by investing resources in differentiating technologies

In the current competitive environment, the level of technology of competitors is very high. We will establish a competitive advantage by fostering or acquiring differentiated technologies.

### ② Empower Digital Envelope Tracking Technology

We will differentiate ourselves from our competitors and capture business opportunities through the "Digital Envelope Tracking Technology" of Eta Wireless Inc., which we acquired in September 2021.

### ③ Enhance fundamental capabilities to improve position in growing markets

In the 5G and the 6G era, which is also called Beyond 5G, "ultra-low power consumption" and "ultra-reliable communication" are required. In order to survive in the global competition, we will continue to strengthen the high technological capabilities and high-quality monozukuri that Murata has cultivated over the years.

**<Progress with growth strategies>**

**Making production progress visible to improve the manufacturing frontline's ability to respond to changes**

Komoro Murata Manufacturing (Nagano Prefecture), which produces high-frequency modules, is actively pursuing factory smartification. The advantages of the company's high-frequency modules lie in the fact that the company employs differentiated technology to provide customized products that are optimized for each customer following discussions with them. However, a disadvantage is that this calls for the production of numerous different products, which means that it is difficult to gauge production status. This makes it essential to meticulously manage progress to respond to sudden fluctuations in demand. To address this issue, the company introduced a system that monitors the production line using heat map. This is resulted in not only improved production efficiency but also in enhanced ability to respond to demand fluctuations. We intend to roll out this success story from Komoro Murata Manufacturing to other plants to increase production efficiency throughout the Group.

## Multilayer resin substrates (Multilayer LCP Product)



Multilayer LCP Product is a thinner multilayer resin substrate comprising LCP (liquid crystal polymer) sheets. It features exceptional RF characteristics and realizes a substrate with a stable performance due to low water absorption. It is also characterized by the ability to handle a flexible bending process because it does not require an adhesive layer. In addition, high multiple layers are possible by using Murata's multilayer technology, enabling high flexibility in design. Multilayer LCP Product is used in smartphones, wearable devices, and other applications, contributing to smaller, thinner, and higher performance devices with low energy consumption.

| Business opportunities | Strengths |
| --- | --- |
| • Expansion of high-frequency communication markets such as 5G and UWB (Ultra Wide Band)<br>• Resolution of customers' issues by utilizing characteristics, such as low water absorption and shape retention property | • Superiority in low transmission loss properties in the high-frequency band<br>• High multi layers, low water absorption, flexibility that can handle complex bending process<br>• Extensive mass production experience for LCPs |

**Growth strategies**

①  **Extend sales activities in new business areas and to new customers**

In addition to earnings in existing business areas, we will expand our customer base and diversify revenue sources, including strengthening internal synergies.

②  **Further enhance differentiated technologies**

We will further strengthen our competitive advantage in terms of characteristics in the 5G millimeter wave bands and UWB areas.

③  **Improve productivity through the promotion of smart factories and the development of cost reduction technologies**

We will strengthen our monozukuri strength and cost competitiveness by continuing productivity improvement activities.

&lt;Progress with growth strategies&gt;
**Preparing for market expansion in the 5G millimeter wave bands**

Millimeter wave, which are frequency bands used in 5G, has been slow to spread globally due to lags in infrastructure development, lack of services, and difficulties in area deployment. However, millimeter wave is a technology with great potential. Millimeter wave has features such as high radio wave linearity and wide bandwidth (allowing a large amount of data to be sent at one time). Millimeter wave will enable high-speed, large-capacity communications, and we can expect to see the birth of new applications that take advantage of these characteristics and the expansion of the electronics market.

Multilayer LCP Product demonstrates advantages in applications such as millimeter-wave transmission lines, which leverage its low transmission loss performance at ultra-high frequencies. In addition, as the frequencies used become higher, Multilayer LCP Product will be able to show its competitive superiority in terms of transmission loss compared with competing technologies. Since the millimeter wave market is expected to expand significantly in the future, we will steadily implement our growth strategy for this business to take advantage of opportunities in this growing market.

## Connectivity modules



Connectivity modules are essential compound components that wirelessly connect various devices. These are mounted on familiar home appliances used in our daily lives, such as smartphones, tablet PCs, digital cameras and air conditioners, and in-vehicle devices such as car navigation systems. They are also used in various other settings, enabling users to download and upload photos and music from the internet and perform hands-free calling while driving.

| Business opportunities | Strengths |
|---|---|
| • Growing adoption of 5G<br>• Full-fledged consideration of Beyond 5G<br>• Expansion of wireless communication functions in automobiles and various types of devices following the development of an IoT society | • Millimeter wave modules using Murata's unique multilayer resin substrates (Multilayer LCP Product)<br>• Technologies that enable miniaturization and high performance as well as ensure reliability<br>• Software technologies that improve connectivity<br>• Product proposal capabilities and partnerships with customers by leveraging our knowledge of communications cultivated through our smartphone business |

## Growth strategies

### ① Execute portfolio review

We will review our business structure, which is centered on smartphones, and aim to expand our business in diverse areas centered on mobility and IoT, which are expected to grow in the future.

### ② Cultivate new markets and develop and expand sales of new products

We will sow the seeds of the future in response to expanding business opportunities resulting from changes in communications systems.

### ③ Strengthen the structure with a view to further market expansion in the area of communications

We will pursue a production system that can efficiently respond to diverse customer requirements by realizing a thick and short value chain through further strengthening of the cooperation between development and manufacturing.

**<Progress with growth strategies>**

**Shift into IoT/mobility markets and progress with development and mass production of new products**

We are pivoting our business portfolio from one centered on the smartphone market as the proportion of our sales coming from the IoT and mobility markets expands. To meet the diverse needs of customers in these markets, we are also strengthening our factory production structure to respond to demand for various product types and quantities. At the same time, we are improving our customer support structure by deploying web-based tools. We also aim to grow our business by developing and mass-producing modules that support the millimeter wave, UWB, Radar, and V2X communications standards, which are expected to proliferate in the connectivity field going forward, as well as edge AI module products, which are ideal with the IoT world, in which all devices are connected.

# EXHIBIT 4

 

(/home)

 

NEXT-GENERATION FUSION AND HYBRID BONDING
EVG Fusion and Hybrid Bonding Solutions, Expertise and
Competence Center Accelerate Heterogeneous Integration Technology
Click here to learn more!
www.EVGroup.com

(https://siliconsemiconductor.net/asset/vmpJHaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVyaG5hWVzL2Z1c2lvbi1hbmQtaHlicmlkLWJvbmRpbmc

## News Article

Follow (3992) (https://twitter.com/SiliconSemi)

Tweet (https://twitter.com/share?url=https%3A%2F%2Fsiliconsemiconductor.net%2Farticle%2F100579%2FMurata_Manufacturing_acquires_Primatec_&text=Murata+Manufacturing+a

Share (https://www.linkedin.com/shareArticle?mini=true&url=https%3A%2F%2Fsiliconsemiconductor.net%2Farticle%2F100579%2FMurata_Manufacturing_acquires_Primatec_)

E-mail (mailto:?subject=Murata+Manufacturing+acquires+Primatec+&body=https%3A%2F%2Fsiliconsemiconductor.net%2Farticle%2F100579%2FMurata_Manufactu

 Add to reading list

## Murata Manufacturing acquires Primatec

**Friday 18th November 2016**

Murata Manufacturing and Primatec has announced that Murata has acquired all the shares of Primatec and that following this transaction, Primatec has become a wholly owned subsidiary of Murata as of November 1, 2016.

Primatec is dedicated to developing, manufacturing, and selling various products founded upon highly functional polymer products such as LCP (liquid crystal polymer) electronic materials. Primatec's materials have been well received for use in high-performance circuit boards in the energy and display sectors, and demand for their products is estimated to further increase in the electronics and electronic component sectors in which miniaturized and thin products are increasingly in demand.

Murata will utilize the materials technology of Primatec to expand sales of MetroCirc (a multilayered resin substrate) used in smartphones, etc., and additionally develop new advanced products that lead the global market in new applications for IoT devices and data centres. This acquisition is part of Murata's strategy to continue to strengthen and expand its businesses in all Electronic markets.

### More news articles


**Purdue, imec, Indiana announce partnership**

(/article/116686/Purdue_imec_Indiana_announce_partnership)

**Resilinc partners with SEMI on supply chain resilience**

x

 

NEXT-GENERATION FUSION AND HYBRID BONDING
EVG Fusion and Hybrid Bonding Solutions, Expertise and
Competence Center Accelerate Heterogeneous Integration Technology
Click here to learn more!
www.EVGroup.com

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVyaG5hWVzL2Z1c2lvbi1hbmQtaHlicmlkLWJvbmRpbmc



**N** (/home)

**NIO and NXP collaborate on 4D imaging radar deployment**

(/article/116679/NIO_and_NXP_collaborate_on_4D_imaging_radar_deployment)



**Panasonic Industry digitally transforms with Blue Yonder**

(/article/116676/Panasonic_Industry_digitally_transforms_with_Blue_Yonder)

**Global semiconductor sales decrease 8.7%**

(/article/116684/Global_semiconductor_sales_decrease_87_)

**MIT engineers "grow" atomically thin transistors on top of computer chips**

(/article/116681/MIT_engineers_"grow"_atomically_thin_transistors_on_top_of_computer_chips)

**Keysight joins TSMC Open Innovation Platform 3DFabric Alliance**

(/article/116675/Keysight_joins_TSMC_Open_Innovation_Platform_3DFabric_Alliance)

**Leti Innovation Days to explore microelectronics' transformational role**

(/article/116673/Leti_Innovation_Days_to_explore_microelectronics'_transformational_role)

**Quantum expansion**

(/article/116672/Quantum_expansion)

**indie launches 'breakthrough' 120 GHz radar transceiver**

(/article/116671/indie_launches_and_breakthroughand__120_GHz_radar_transceiver)

**Wafer fab equipment - facing uncertain times?**

(/article/116648/Wafer_fab_equipment_-_facing_uncertain_times)

**Renesas expands focus on India**

(/article/116646/Renesas_expands_focus_on_India)

**Neuralink selects Takano Wafer Particle Measurement System**

(/article/116643/Neuralink_selects_Takano_Wafer_Particle_Measurement_System)

**Micron reveals committee members**

(/article/116641/Micron_reveals_committee_members)

**Avoiding unscheduled downtime in with Preventive Vacuum Service**

x



**NEXT-GENERATION FUSION AND HYBRID BONDING**

EVG Fusion and Hybrid Bonding Solutions, Expertise and Competence Center Accelerate Heterogeneous Integration Technology

Click here to learn more!

www.EVGroup.com

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaG5vbG9naWVzL2J1bmRpbmcmRpbmcmRpbmc)



(/home)

≡

**Fujifilm breaks ground on new €30 million European expan**

---

(/article/116639/Fujifilm_breaks_ground_on_new_€30_million_European_expansion)

**Fraunhofer IIS/EAS selects Achronix embedded FPGAs**

---

(/article/116637/_Fraunhofer_IIS_EAS_selects_Achronix_embedded_FPGAs)

**Siemens announces certifications for TSMC's latest processes**

---

(/article/116645/Siemens_announces_certifications_for_TSMC's_latest_processes)

**EU Chips Act triggers further €7.4bn investment**

---

(/article/116640/EU_Chips_Act_triggers_further_€74bn_investment_)

**ASE recognised for excellence by Texas Instruments**

---

(/article/116636/ASE_recognised_for_excellence_by_Texas_Instruments)

**Atomera signs license agreement with STMicroelectronics**

---

(/article/116634/Atomera_signs_license_agreement_with_STMicroelectronics)

**Gartner forecasts worldwide semiconductor revenue to decline 11% in 2023**

---

(/article/116642/Gartner_forecasts_worldwide_semiconductor_revenue_to_decline_11_in_2023)

**CHIPS for America outlines vision for the National Semiconductor Technology Center**

---

(/article/116638/CHIPS_for_America_outlines_vision_for_the_National_Semiconductor_Technology_Center)

**TSMC showcases new technology developments**

(/article/116635/TSMC_showcases_new_technology_developments)

**Alphawave Semi showcases 3nm connectivity solutions**

---

(/article/116633/Alphawave_Semi_showcases_3nm_connectivity_solutions_)

(/article/116632/Greene_Tweed_to_open_new_facility_in_Korea)

x **Greene Tweed to open new facility in Korea**

NEXT-GENERATION FUSION AND HYBRID BONDING
EVG Fusion and Hybrid Bonding Solutions, Expertise and
Competence Center Accelerate Heterogeneous Integration Technology
Click here to learn more!
www.EVGroup.com
EVG

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaG5vbG9naWVzL2Z1c2lvbi1hbmQtaHlicmlkLWJvbmRpbmc)



Infineon enables next-generation automotive E/E architectures (/home)

(/article/116593/Infineon_enables_next-generation_automotive_E_E_architectures)

Global AFM market to reach $861.5 million

(/article/116589/Global_AFM_market_to_reach_8615_million)

Cepton expands proprietary chipset

(/article/116579/Cepton_expands_proprietary_chipset)

Semtech adds two industry veterans to board of directors

(/article/116575/Semtech_adds_two_industry_veterans_to_board_of_directors)

Specialty gas expansion

(/article/116592/Specialty_gas_expansion)



(https://bitmagazine.net/subscribe/?pub=2)



(https://siliconsemiconductor.net/asset/XhbsjaHR0cHM6Ly9zZW1pcY29uLnB1Yi9jc3R3lA)

x

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaG5vbG9naWVzL2Z1c2lvbi1hbmQtaHlicmlkLWJvbmRpbmmc)



(https://siliconsemiconductor.net/asset/aNXxWaHR0cHM6Ly9hbmdlbC10ZWNoLm5lddA)



(https://siliconsemiconductor.net/asset/etRUsaHR0cHM6Ly9hbmdlbGGJjLnpvb20udXMvcmVjL3NoYXJlL3FpoWnRZdTd5aWhYc3ZpX0VpSnF4SldQNUktV

x

NEXT-GENERATION FUSION AND HYBRID BONDING
EVG Fusion and Hybrid Bonding Solutions, Expertise and
Competence Center Accelerate Heterogeneous Integration Technology
Click here to learn more!
www.EVGroup.com

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaG5vbG9naWVzL2Z1c2lvbi1hbmQtaHlicmQtLWJvbmRpbmcmc)



(/home)



# FREE LIVE WEBINAR



## TOPIC

Hydrogen Generation Industry
Innovations to Meet Expanding North
American Fab Hydrogen Requirements

## SPEAKER

x



NEXT-GENERATION FUSION AND HYBRID BONDING
EVG Fusion and Hybrid Bonding Solutions, Expertise and
Competence Center Accelerate Heterogeneous Integration Technology


Click here to
learn more!

www.EVGroup.com

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaG5vbG9naWVzL2Z1c2lvbi1oeWJyaWQtYm9uZGluZy8/aG9ydGVuaWRlbkRFWjVjbnRRbmc)




(https://siliconsemiconductor.net/asset/EclgFaHR0cHM6Ly9hbmdlbGGJjLnpvb20udXMvd2ViaW5hci9yZWdpc3Rlci9wRmmdGSkVja1JYLW95dlRlRHVx

x

 

NEXT-GENERATION FUSION AND HYBRID BONDING
EVG Fusion and Hybrid Bonding Solutions, Expertise and
Competence Center Accelerate Heterogeneous Integration Technology

Click here to learn more!

www.EVGroup.com

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaG5vbG9naWVzL2Z1c2lvbi1hbmQtaHlicmlkLWJvbmRpbmc)

 (/home)





# SUBSCRIBE TO THE LEADING SILICON SEMICONDUCTOR MAGAZINE



x



**NEXT-GENERATION FUSION AND HYBRID BONDING**
EVG Fusion and Hybrid Bonding Solutions, Expertise and
Competence Center Accelerate Heterogeneous Integration Technology

www.EVGroup.com

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly83c0euZXZ1cm91cC5jb20vdGVjaG5vbG9neS9wcm9kdWN0cy2Z1c2lvbi1hbmQtaHlicmlkLWJvbmRpbmc)



(https://siliconsemiconductor.net/magazine)




(https://siliconsemiconductor.net/videos)



(https://siliconsemiconductor.net/asset/SyyFzaHR0cHM6Ly93d3cuc2lsaWNvbmUtZXhwb2V1cm9wZS5jb20vP3V0bV9zb3VyY2U9U2lsaWNvbnNlbWNbitTZW1ppY






(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20v...)

iuml�stop




(https://siliconsemiconductor.net/magazine/subscribe/)




(https://siliconsemiconductor.net/videos)




(https://siliconsemiconductor.net/videos)

x

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaG5vbG9naWVzL2Z1c2lvbi1hbmQtaGlicmlkLWJvbmRpbmc)





(https://siliconsemiconductor.net/asset/NbPZoaHR0cHM6Ly9hbmdlbC10ZWNoLm5ldA) (https://siliconsemiconductor.net/magazine)



(https://siliconsemiconductor.net/asset/OBfnDaHR0cHM6Ly93d3cuc2VtaS5vcmcvZXUvY29ubmVjdC9ldmVudHMvaW5kdXN0cnktc3RyYXRlZ3ktc3ltcG9zaXVtLWV1cm9wZQ)

x




(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaG5vbG9naWVzL2Z1c2lvbi1hbmQtaHlicmlkLWJvbmRpbmcp)

(/home) 

Replace multiple 200 mm resist strip legacy systems with the Enviro™ Optima™

(https://siliconsemiconductor.net/asset/zzGDaaHR0cHM6Ly91bHZhYy5sdS9wcm9kdWN0cy9lcXVpcG1lbnQvYnktdGGVjaG5vbG9neS9hc2hc2hpbmc...

Corporate Partners

(https://appliedenergysystems.com/)

# APPLIED ENERGY SYSTEMS

(https://www.armpurification.com/)

# ARM PURIFICATION
## BY APPLIED ENERGY SYSTEMS

# camfil
## CLEAN AIR SOLUTIONS



Laminography for productivity

(https://www2.weed.com/siliconsemi)

# Greene
# nel


# PFEIFFER VACUUM
### Your Success. Our Passion.

# semi™


# SONOTEC


# SPEA

# Swagelok

# Swegon

# Trymax®

# ULVAC
## Compact, Low CoO Strip System

x



**NEXT-GENERATION FUSION AND HYBRID BONDING**
EVG Fusion and Hybrid Bonding Solutions, Expertise and
Competence Center Accelerate Heterogeneous Integration Technology

Click here to learn more!
www.EVGroup.com

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaGG5vbG9naWVzL2Z1c2lvbi1hbmQtaHlicmlkLWJvbmRpbmcbmc)

Navigation

- **News (/news/list/1)** (/home)
- **Features (/news/features)**
- **Magazine (/magazine)**
- **Videos (/videos)**
- **Partners (/buyers-guide/companies)**
- **Advertise (/advertise)**
- **Subscribe (/magazine/subscribe-full)**
- **Contacts (/contact)**

Our magazines

- **Compound Semiconductor (https://compoundsemiconductor.net/home)**
- **Silicon Semiconductor (https://siliconsemiconductor.net/home)**
- **Power Electronics World (https://powerelectronicsworld.net/home)**
- **PIC Magazine (https://picmagazine.net/home)**
- **Smart Solar UK Ireland (https://smartsolarukireland.com/home)**
- **Solar + Power Management (https://solarpowermanagement.net/home)**
- **Sensor Solutions (https://sensorsolutions.net/home)**
- **TaaS Technology (https://taas.news/home)**
- **Digitalisation World (https://digitalisationworld.com)**

Our conferences

- **CS International (https://cs-international.net)**
- **PIC International (https://picinternational.net)**
- **Sensors International (https://sensors-international.net)**
- **TaaS Technology (https://taas.technology)**

Our awards

- **DCS Awards (https://dcsawards.com)**
- **SDC Awards (https://sdcawards.com)**

About us



(/home)

Silicon Semiconductor™ is an Angel Business Communications publication.

x  (https://twitter.com/SiliconSemi)

NEXT-GENERATION FUSION AND HYBRID BONDING

EVG Fusion and Hybrid Bonding Solutions, Expertise and Competence Center Accelerate Heterogeneous Integration Technology

Click here to learn more!

www.EVGroup.com

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaG5vbG9naWVzL2Z1c2lvbi1hbmQtaHlicmlkLWJvbmRpbmc)

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaG5vbG9naWVzL2Z1c2lvbi1hbmQtaGlicmlk

Powered by Angels (https://angelbc.com)                    © Copyright 2023 · Terms & Conditions (/terms) · Privacy Policy (/privacy) · Contact us (/contact)

X

(https://siliconsemiconductor.net/asset/BZMSPaHR0cHM6Ly93d3cuZXZncm91cC5jb20vdGVjaG5vbG9naWVzL2Z1c2lvbi1hbmQtaGlicmlkLWJvbmRpbmcpbmc)

# EXHIBIT 5

newelectronics

Menu ☰

# Murata looks for opportunities in emerging markets

**Interviews** | 🕐 4 mins read

Many engineers will associate Murata with the development and sales of capacitors. And there is good reason; when Akira Murata set up his company in 1944, he started making titanium oxide ceramic capacitors for use with heterodyne radio receivers.



Since then, the company has diversified significantly. Alongside 'traditional' commodity components, such as ceramic capacitors and inductors, Murata is now involved in application specific products, including sensors, and functional materials, including wireless power. "That is a new opportunity," Satoshi Sonoda, executive vice president of the company's Global Sales and Marketing Unit, pictured, told New Electronics in an exclusive interview at electronica in November 2016.

From its origins in a 150m$^2$ building in Kyoto, Murata now employs more than 54,000 people in operations in Asia, the Americas and Europe.

Although intrinsically associated with capacitors, Murata is driven by mobile phones and industrial applications. Sonoda noted: "More than 60% of the company's revenue comes from the mobile phone sector and I think this will continue. While we believe the number of smartphones will not grow as quickly as in the past, the electronics content – particularly the RF element – will increase.

"We expect LTE and 5G to be a fundamental driver of the business," he continued.

While the mobile phone sector is important, Murata is looking at other markets with growth prospects. "In the medium term – until 2018 – we will be focusing on automotive, healthcare and energy. For example, autonomous cars and ADAS will need more and more electronic content. The same applies for electric vehicles," he added. "More and more components will be needed."

And 2018 is an important date for Murata as it marks the end of its most recent mid term target. Under a recently developed plan, the company is looking to grow by up to 10% a year by expanding into new markets and to lay the foundations for longer term growth.

"Energy and healthcare are quite small markets for Murata at the moment," Sonoda remarked, "but we are laying the foundations for future R&D."

As an example, Murata points to the electrification of vehicle powertrains in order to meet environmental regulations around the world. It says this will see growing demand for passive components and timing devices that can operate at 125°C. It also believes there will be increasing opportunities for its MEMS sensors in stability control, ultrasonic sensors in automatic parking and high precision sensors for monitoring the vehicle's state of operation. Meanwhile, V2X modules are under development.

But capacitors have not been forgotten by any means. "We have a strategy to be a one stop shop for capacitors," Sonoda pointed out. "As long as customers buy capacitors, we will provide them with any type of capacitor technology."

Like almost every other company, Murata is looking to benefit from the Internet of Things. "IoT customers will be looking for sensing and connectivity products," he said. "We are ready to provide them; sensors and gateways will be key devices in the IoT."

Research and development remains an important part of Murata's philosophy. "We are currently investing between 7 and 8% of our sales revenue into R&D," Sonoda pointed out. But Murata has realised that it can't develop all the technology needed for future applications. "In order to develop these new technologies and to meet customer requirements," Sonoda said, "we need more and more open innovation and collaboration with partners – especially for semiconductors. To meet this need, we have recently acquired technology which might otherwise have taken us longer to develop in house.

"We plan to maintain this level of investment in R&D – and we think it's more than our competitors are spending."

Not only is Murata continuing to develop products internally, it has also made a number of significant acquisitions. Recently, it acquired liquid crystal polymer specialist Primatec and high performance silicon capacitor developer IPDiA.

The Primatec acquisition has interesting potential. According to the company, it will work with Primatec to develop MetroCirc, a multilayer bendable resin substrate for smartphones and other communications devices. It notes that MetroCirc will make it possible to integrate various components into the substrate, allowing it to act as a functional module.

Alongside joint ventures, Murata is developing relationships with universities, government institutes and service providers. "What kind of technology customers are looking for is important in order for us to work out what it is we have to develop,"

Sonoda remarked.

Part of this approach has seen Murata create an open innovation centre. "We invite universities and institutes to visit this centre," he continued, "to discuss technologies and to create new ideas."

Looking globally, Sonoda said that Europe is an important region for Murata. "Not only is the automotive industry important to Murata, there is also significant interest in industry and factory automation. New technology will be needed for all these sectors.

"We're connecting our R&D locations in order to develop our business, but it's also important to note that many of our customers have their own R&D operations in Europe."

While China is growing in potential, Europe and the US remain very important markets for Murata. "And that means we continue to increase our engineering resources in both regions."

Is Murata looking to develop system level products? "We don't have enough technology to create system level products on our own," Sonoda admitted. "But we are looking to work in association with integrators, who will use our hardware to create solutions. Together, we can work to introduce systems; particularly for IoT applications," he concluded.

---

**Satoshi Sonoda**
Satoshi Sonoda joined Murata Manufacturing's Tokyo branch in 1983. In 1987, he was transferred to Murata Electronics Singapore and, in 1998, to Murata Electronics North America, where he was involved in sales and planning operations.

Following this, he worked in Murata's Hong Kong and Shanghai offices before returning to the North American operation in 2009.

In 2011, he was appointed vice president and deputy director of Murata's Device Business Unit and promoted to director in 2012. Since 2015, Sonoda has been executive vice president and director of Murata's Global Sales and Marketing Unit.

---

murata    capacitor    change    market    LTE    5G    R&D    acquisition    mobile phone    industrial

http://www.murata.com/

Graham Pitcher

10 Jan 2017

More in

Manufacturing    Consumer

# COMMENTS

# RELATED ARTICLES



Manufacturing

## Murata acquires 3D silicon capacitor expertise



Manufacturing

## Henri Richard, chief sales and marketing officer, Freescale

News



CPUs

## NXP supplies Murata with RF ICs for Wi-Fi 6 modules

Interviews



Communications Hardware

## Murata Pycom collaboration looks to cut IoT projects time-to-market

News



RF & Microwave

## imec, Murata to collaborate on reconfigurable radio R&D project

News



Test & Measurement

## Taking the long view: Interview with Alex Davern, COO of National Instruments

new

## Legal

Terms & Conditions

Privacy Policy

Cookie Policy

Reuse permissions

## Information

Contact Us

About Us

Editorial

Advertising

## Free access

Free access to this content is for qualifying individuals only. Corporate and institutional access requires an appropriate license or subscription. For more information contact institutions@markallengroup.com

Circulation

Privacy policy↗     Cookie policy↗     Terms & conditions↗     Cookie Settings⇌

Mark Allen   © Copyright 2024 Mark Allen Group

# EXHIBIT 6





Murata report
2017

Corporate Report
CSR Report







www.murata.com





## Innovator in Electronics

Murata's components are everywhere.
Though often unseen, our products are essential parts of the electronic
devices you are using throughout each and every day: mobile phones,
computers, cars, home appliances.
More and more, Murata products are found in many new kinds of
applications, such as healthcare devices, automobiles, and energy
management systems.

Innovator in Electronics

The world keeps on changing.
The world of electronics is changing even faster.
As an Innovator in Electronics, Murata has always followed
its corporate philosophy of contributing to the advancement of
society and the electronics industry.
Moving forward, we will continue to anticipate and consider the needs of
the global society and our customers,
and to develop advanced technologies and high-value applications.
We will keep on innovating and shaping the future of
the world of electronics.

## Contents

Corporate report
02 Innovator in Electronics
03 Contents
04 Message from the President
06 Murata technologies
08 Products by application
12 Target markets
14 Financial highlights
16 Global network

CSR report
18 CSR commitment
20 Corporate Social Responsibility
22 Business and CSR
24 Promoting health, safety, and environmental conservation
26 Employees
28 Responsibilities and actions in relation to suppliers
29 Society and the community
30 CSR activities: Targets and results
32 Opinion from a third party

Profile
33 Murata sites worldwide
34 Executives
Stock information
Major shareholders

In this brochure, "Murata" refers to the Murata Manufacturing Group as a whole.

02    03

Murata technologies

# Murata technologies

**Shaping the future of electronics**

Murata has built an integrated system of production from raw materials to finished products, and we are continuously developing and accruing our fundamental technology base, such as materials technology, front-end process technology, product design technology, back-end process technology and analytical technology. We also aim at creating new markets and innovations by actively collaborating with outside partners and by developing core technologies and products that anticipate the future.

**Where innovation begins**

## Materials technology

"New electronic devices begin with new electronic components; new electronic components begin with new materials..." Based on that concept, Murata has created functional ceramic materials with outstanding characteristics. And we continuously further advance our technology through the development of new materials with even better characteristics.

  

Materials processing

**Perfected techniques**

## Front-end process technology

Front-end process technologies enable us to produce designed functions in the best possible way, and it plays an important role in the miniaturization, slimming down, and high functionality of electronic components.



Printing

   

Surface finishing

**Shaping the future**

## Product design technology

From single-function components to modules and on to total solution proposals, the value that Murata has provided over the years continues to evolve. We are involved in development of the technologies and products that can promptly respond to customer needs with an eye on the future.

 

Inductor element structure        Simulation

**Making innovation happen**

## Back-end process technology

Thanks to our own production facilities and strong manufacturing（"monozukuri"）expertise, we possess numerous technologies and know-how to mass-produce products stably and efficiently.

 

Packaging        Measurement

**Attending to detail**

## Analytical technology

Efficient use of scientific analytical methods to confirm physical and electrical properties, composition and structure of materials, together with Murata's advanced failure analysis systems, provide peace of mind to our customers.

  

Microstructure of chip multilayer ceramic capacitor

Products by application

# Products
# by application

Technologies with applications
far beyond the smartphone.
So special we call them "magic wand" technologies.

— Murata is prepared for the coming boom in connectivity. —

The smartphone is a gadget that hardly ever leaves one's hand. It allows us to communicate not only by voice, but by exchanging email, interacting through social media, playing games, sharing pictures and video, and so on. Data transmission speeds and phone storage capacities continue to improve, and as communications services expand, smartphones are bound to become more advanced in terms of performance and functionality.
  RF components, with their modular design and compact structure, sensors that improve functionality and operability, and low-loss capacitors and power inductors all help Murata contribute to the evolution and growth of the communications sector.

**Chip multilayer ceramic capacitors**

Indispensable to electronic circuits, these components serve to store and adjust flows of electricity. They are key to the advanced functionality of smartphones and other mobile devices, and as they continue to become thinner and more compact are increasingly being incorporated into such information devices.



Global share
**40%**

**Inductors（coils）**

When electricity flows through these inductors, which are also called coils, a magnetic field develops and that current is affected. These inductors are used in radio circuits, power supply circuits, and more.



**Microwave coaxial connectors**

Microwave coaxial connectors transmit radio frequency signal between circuits. They contribute to the development of high-performance communication equipments, such as smartphones, tablets and wearable devices with smaller and thinner size.



**RF modules for cellular phones**

These modules support the multiple frequency compatibility of smartphones. They combine a power amplification（PA）function with the conventional function for changing and filtering frequencies. By adding even more functions, they contribute to reducing the thickness and improving the transmission speed of smartphones.

*Internal configuration image*

**SAW filters**

The filters that extract only the required portion of a radio signal are key devices in high frequency circuits. With its unique miniaturization technology, Murata helps RF circuit downsizing.



Global share
**50%**

**Connectivity modules**

Enabling various devices to access the Internet via radio signals, these modules lead the trend towards increasing multifunctionality and IoT in smartphones and in-vehicle equipment.



Global share
**55%**

**MetroCirc™**

A multilayer bendable resin substrate that combines Murata's monolithic multilayer production technologies with organic material. It can be used for RF and digital signal transmission wires, antennas, and much more, enabling the development of components of any shape with exceptional RF characteristics.

**NFC（near field communication）antennas**

Used in equipment that provides electronic payment services—convenient systems for quick cashless payments at the point of sale. The data exchange takes place using an NFC antenna in the consumer's personal device（mobile phone etc.）and the payment terminal.

88

---

## Doing what you want, when you want to.

— Murata simplifies things with not-so-simple technologies. —

Thin notebook computers, tablets, and other carryable devices have become essential to people's lives, from students to working adults. They can even be used for illustrating, gaming, and video editing.
  Murata's ability to make electronic components smaller and thinner, plus our sensing technologies and high-density mounting technologies all contribute to improving the performance and functionality of computers. Our wireless communication modules that enable connectivity with low power consumption, and sensors that improve usability, are examples of how Murata supports next-generation computing.

Communications

**Low ESL chip multilayer ceramic capacitors**

Capacitors with low equivalent series inductance (ESL) and superb RF characteristics are ideal for power supply decoupling in high-speed electronic devices.



**Shock sensors**

These are electronic components that apply piezoelectric ceramics to change acceleration and vibration into an electrical signal. They are used mainly with HDDs as sensors for preventing the writing of data when an impact is received from an external source.



Global share
**95%**

**Actuators**

Piezoelectric actuators employ piezoelectric ceramics that deform under a voltage, making them ideal for the microscopic positioning of the magnetic head in hard disk drives.

Computers



* The "Global share" indication on each page refers to the worldwide share of that particular industry, and is not the share of any corresponding application. Furthermore, the noted shares are merely estimates made by Murata and may differ depending upon the market or the application.

89



Corporate Social Responsibility

We contribute to
the advancement
of society through
the spirit of the
Murata Philosophy.

Murata Manufacturing Co., Ltd.
Senior Executive Vice President
Module Business Unit
Representative Director
Norio Nakajima

A message regarding CSR

## We fulfill our responsibility to society by embodying the Murata ideals

What is the most important responsibility toward society that Murata has? It is a responsibility to people. The electronics industry is a key Japanese industry that employs large numbers of people. As a leading enterprise in the field of electronic parts, Murata considers it essential both to provide a safe, pleasant work environment for workers in manufacturing and to train personnel on an ongoing basis. Also, as an enterprise doing business globally, we have stakeholders around the world who urge us to take action that will help to solve issues facing society. At Murata, we consider such calls for action to be an opportunity for growth. We therefore engage in various efforts, while carrying out business activities, aimed at protecting the environment, supporting human rights, and ensuring compliance to fulfill our social responsibility.

"We contribute to the advancement of society by ... creating innovative products and solutions..." This key line from the Murata Philosophy provides the perspective based on which we carry out business in the four areas of Communications, Automotive Electronics, Healthcare, and Energy.

**Communications**

Murata's products allow manufacturers to make smartphones and tablets more compact and consume less power. Our products will also drive the building of IoT infrastructure, and eventually the IoE infrastructure of the future.

**Automotive electronics**

Murata develops technologies with the long-term goal of achieving fully autonomous, self-driving vehicles to make the roads safer and more secure everywhere. We also aim to contribute to the development of electric vehicles in the future that emit no carbon dioxide.

**Healthcare**

Murata's sensing technologies are used in medical equipment to help keep people healthy. In the future, we will be working to promote home healthcare enabled by network connectivity.

**Energy**

The zero-emissions home that incorporates high-efficiency energy management systems is already a reality. Going forward, we will work to reduce the cost of such systems, and promote their adoption through factory showrooms and other means.

Murata would like to see a safe, convenient, and abundant world of the future. Critical to this effort is the Murata Philosophy, whose spirit we share with Murata employees around the world. Implementing the management principles embodied in the philosophy will ultimately lead to resolving societal issues, we believe. Also, we plan to utilize the talents of a diverse range of individuals to engage wholeheartedly in business activities for the advancement of society as a whole.

CSR Efforts at Okayama Murata Manufacturing

## Our employees implement CSR efforts in the field with a high degree of awareness.

At Okayama Murata Manufacturing Co., Ltd. (hereafter, Okayama Murata), employees in the Administration Department, Production Department are brought on board to become proactive in carrying out CSR activities. Okayama Murata was established in April 1992. This year marks its 25th anniversary, making it still one of the newer manufacturing plants in the Murata Group. CSR activities allow us to contribute to the local community and fulfill our duty to humanity and the environment, and we see the activities as important means of creating a bright future for Okayama Murata.

One important effort is creating a safe working environment in which people can feel comfortable. To raise awareness of the need to reduce overtime work and lead balanced work styles, we have officially designated every Wednesday as "Refresh Day" (no overtime day) for indirect workers. We also communicate to our direct workers that we don't let them work more than 60 hours a week. On top of this, we promote Murata's groupwide policy of "Diversity and Inclusion". At Okayama Murata, we have given great thought to and have implemented measures that reflect our commitment to making the workplace comfortable especially for women and people with disabilities.

In the area of occupational health and safety, we found that a large percentage of work-related injuries were being caused by human error, so we pursued safety management vigorously with the goal of zero accidents under the slogan, "Follow the rules every time." As part of that safety effort, we give risk simulation training to young, inexperienced workers, aiming to improve overall safety. Keeping our employees healthy is another important issue, and among the various measures we have taken is, with regard to mental health, the setting up of a counseling room for getting advice on personal troubles.

We are also putting a lot of effort into protecting the environment. Many production facilities in the Murata Group employ compressors for compressed air. At Okayama Murata we have taken measures to reduce the supplied pressure of compressed air, thereby leading to energy savings. We are replacing all lighting fixtures with LED bulbs and working to save energy with pumps, fan, and the like, which help to limit $CO_2$ emissions. Additionally, we are working to reduce the amount of water used in various processes and raise awareness of environmental protection within the scope of daily duties.

At Okayama Murata we have been deepening our ties with the local community based on the ideal of "Wanting the presence of Murata to be the pride of that area." We greatly value customer satisfaction and employee satisfaction, to which we have added local satisfaction (CS, ES and LS). Our business site and its biotope are open to the public, and our employees travel to local schools to give lessons to children on the environment and science. Also, we participate in community events. Through these endeavors, we are trying to develop relationships with local communities. Our goal at Okayama Murata is to raise the trust we have built over the last 25 years even higher and be even more open to society and the local community.

Our employees
work together to
carry out CSR
activities.



(Photo, right, behind)
Okayama Murata
Manufacturing Co., Ltd.
Administration Department
Kohei Iwasaki

Okayama Murata
Manufacturing Co., Ltd.
Administration Department
Yuka Kariya /
Masatoshi Nasu

20

Business and CSR

MetroCirc™

## Unique manufacturing is the spirit of our philosophy. MetroCirc™—its concept, implementation, and production are cutting-edge.

MetroCirc™ is a new multilayer resin substrate that combines Murata's monolithic, multilayer and design technologies with the high-performance resin materials of Ise Murata Manufacturing Co., Ltd. (formerly Primatec Inc.), a company newly added to the Murata Group. It has superior RF characteristics, is thin and bendable, and allows great freedom in circuit design. It has great potential for applications in wearable devices and IoT devices, and promises to give rise to new markets and new lifestyles.

Photo (left to right):
Murata Manufacturing Co., Ltd.
MetroCirc Business Division
Masaaki Kanao
Kiyokazu Aoki
Masahito Tomimasu





Photo (left to right):
Murata Manufacturing Co., Ltd.
MetroCirc Business Division
Nobuo Ikemoto
Tomohiro Furumura

Toyama Murata Manufacturing Co., Ltd.
Production Dept. 3
Koji Shiroki

Note: This was normally capture the seamy of a stock, but means were needed for the photo.

### Philosophy

Murata's core business is ceramic materials, but we also have been pursuing organic materials and the acquisition and commercialization of applied technologies. These directions have led to the opening up of a new market for a substrate that allows electronic components to be built onto it—MetroCirc™. This development is based on our founder's desire for the company to do business not by interfering with rival companies but by innovating in the electronics industry.

### Origami-Concept

MetroCirc™ substrates are manufactured at a smart factory that employs world-class equipment, a state-of-the-art security system, and other cutting-edge facilities. Because of their thinness and ability to be formed into any product shape, MetroCirc™ substrates have become known as "origami" substrates.



MetroCirc™

Ise Murata Manufacturing Co., Ltd.

### Diversity

Murata sends Japanese employees out into the world to do business, accepts loaned staff from overseas, and utilizes the talents of people of many different nationalities and backgrounds. Also, to achieve integrated production starting with materials, we acquired Primatec Inc. (now Ise Murata Manufacturing Co., Ltd.) in November 2016, bringing it in as new member of the corporate group.

Murata naturally wants to satisfy customers; we also value creating a sense of purpose among the members of the MetroCirc™ team. We are proud that a group of women autonomously formed a promotion team that provides attentive customer support and is making customers very happy.

Using our philosophy as a guide, we have integrated a different corporate culture to create something that had never existed before. While welcoming these new employees into our fold, we are looking forward to seeing MetroCirc™ contribute to the advancement of society.





Photo (left to right):
Murata Manufacturing Co., Ltd.
MetroCirc Business Division
Ai Miyabayashi
Misa Matsubayashi
Rika Matsui
Fumie Matsuda

Photo (left to right):
Murata Manufacturing Co., Ltd.
MetroCirc Business Division
Lijun Zhao
Chu Xu

Toyama Murata Manufacturing Co., Ltd.
Production Dept. 3
Haruka Hiramatsu

Murata Manufacturing Co., Ltd.
MetroCirc Business Division
Yijian Gu

Wuxi Murata Electronics Co., Ltd.
New Business Production Department
Zhijun Yang

Murata Manufacturing Co., Ltd.
MetroCirc Business Division
Byung No Bae
Yanmeng Zhang
Meng Xie

# EXHIBIT 7



# Murata value report
# 2018

Murata's starting point

# The Murata Philosophy

Murata Philosophy was created by founder Akira Murata in 1954.

Since then, the world around us has dramatically changed, and technologies have continued to evolve.

However, the thoughts embodied in our philosophy will always remain the same.

All employees share these thoughts and exercise them in their daily work.

## Murata Philosophy

We contribute to the

advancement of society

by

enhancing technologies and skills

applying scientific approach

creating innovative products and solutions

being trustworthy

and, together with all our stakeholders,

thankful for the increase in prosperity.

### Editorial policy

Murata Manufacturing Co., Ltd. published its Environmental Report in 2002, and has been disseminating the Company's information since 2010 in the Murata Report, a brochure that combines its Company guide, CSR Report and Annual Report (Financial Data).

With stakeholder dialogue being an important consideration, Murata decided to publish an "Integrated Report" beginning this year in order to better convey Murata's activities to improve corporate value over the medium to long term. In addition to the growth strategies to realize the future envisioned by Murata, CSR activities that the Company has been continuously implementing are described as resource strategies in this report.

We created and edited this report by summarizing the main points with the aim of communicating Murata's activities in a concise manner. Detailed data and information on CSR activities that cannot be included in this report, as well as environmental data by each business site, are posted on the Murata website. Please refer to the tool map below to obtain required information.

### Term of this report

Between April 1, 2017 and March 31, 2018
* Some activities taking place in or before March 2017 or in or after April 2018 are covered in the report as well.

### Organizations reported on

Murata Manufacturing Group
(Murata Manufacturing Co., Ltd. and 99 subsidiaries inside and outside of Japan)

### Reference guidelines

ISO26000
The International Integrated Reporting Council (IIRC)
"The International Integrated Reporting Framework"
Ministry of Economy, Trade and Industry
"Guidance for Collaborative Value Creation"

### CSR-related policy list

CSR Charter/Corporate Ethics Policy and Code of Conduct/Human Rights and Labor Policies/EHS Disaster Prevention Policy/ Purchasing Policies/Quality Policy/Disclosure Policy/Basic Policies for Activities to Contribute to Society and Local Communities/ Basic Policy for Prevention of Cartels and Bribery

### Future forecasts, plans and targets

In addition to past and current performance, this report contains future forecasts, predictions, plans, and other information. Such forecasts, predictions, and plans are assumptions or judgments based on information available at the time of publication, and hence include uncertainties. Accordingly, the results of future operating activities and future phenomena may differ from forecasts, predictions, and plans in this report.

## Contents

**03** Murata's business model
History of value provision — 03
Process of value creation — 05
Murata's core competencies — 07
Consolidated financial and non-financial highlights — 11

**13** Growth strategies
Message from the President — 13
Mid-term Business Plan — 17
Strategy by product — 19

**25** Management strategies
Corporate governance — 25
Executives — 29
Message from Outside Directors — 31
Risk management — 33
Compliance — 34

**35** Resource strategies
Technologies — 35
Human resources — 37
Partnerships — 40

**43** Environmental strategies
Environmental preservation — 43

**45** Third party evaluation
Opinion from a third party — 45

**46** Financial information
Analysis of operating results and financial situation — 46

**51** Company data
51

### Tool map

Murata disseminates a variety of information using various tools to communicate with its stakeholders. In addition to the information contained in this report, a variety of information on Murata's products and environmental activities can be found on our website. We will continue to proactively disclose information to allow our stakeholders to better understand Murata.

<Main disclosure tools>

Corporate website

Financial information
- Earnings release conference materials
- Financial results
- Annual Securities Reports
- Historical financial data

Murata Value report
(this report)

- Corporate information meeting materials

Non-financial information
- Product information
- CSR website

- Top page
https://www.murata.com/en-global
- Financial information
https://www.murata.com/en-global/ir
- Non-financial information
https://www.murata.com/en-global/about/csr

* In this report, "Murata" refers to the Murata Manufacturing Group as a whole, and "Murata Manufacturing Co., Ltd." to Murata Manufacturing as a standalone company.

Growth strategies

# Strategy by product (components)  Net sales **924.1** billion yen    YoY Up **21.3**% 

## Piezoelectric components

| Net sales | **152.0** billion yen |
| YoY | Down **10.6** % |


**11.1**%

### Main products

SAW filters, Ultrasonic sensors, Resonators, Trimmer capacitors, Piezoelectric sensors, Ceramic filters, etc.


SAW filters


Ultrasonic sensors

### Operating results

For fiscal 2017, substantial reductions in the production and prices of Chinese smartphones caused a sharp sales decline for SAW filters. As a result, overall net sales were 152.0 billion yen (down 10.6% year-on-year).

Net sales (billion yen)



| (FY) | 2013 | 2014 | 2015 | 2016 | 2017 |
| 96.2 | 121.9 | 161.9 | 170.0 | 152.0 |

### SAW filters

Murata's SAW devices are actively working inside smartphones and other devices by using the state-of-the-art technologies to reduce noise during communication and create an environment where users can enjoy SNS and other services without stress.

Applying the surface acoustic wave (SAW) discovered by an English seismologist, Murata has continued to offer the very best products from the early 1980s by making use of original materials, the latest production facilities, the most advanced R&D structures, and distribution channels seamlessly supporting the entire world. Currently, Murata holds the majority of the market share of SAW devices for smartphones.

With the 2020 Tokyo Olympics, 5G service with transmission speeds 100 times faster than current technologies will be fully commercialized. With this trend, increasingly smaller and higher frequency SAW devices with superior composite performance will be a requirement. Murata has been leading the world in responding to these market needs by making use of the most advanced circuit simulation technology and multilayer technology. We will enhance our presence as a pioneer of SAW devices in the future by improving the lineup of I.H.P. SAW devices in addition to existing SAW devices.

### Ultrasonic sensors

For half a century, Murata's ultrasonic sensors have supported external environment recognition with ultrasonic sensors using its device technology. Murata has accumulated original technologies such as piezoelectric ceramics and sound designs of sensors for various applications, including consumer and industrial uses. Using Murata's unique knowledge as stated above, Murata will continue to respond to advanced market needs through technology development and proposals for new devices.

Regarding automotive uses, demand for ultrasonic sensors is rapidly increasing as sensors indispensable to the evolution of vehicles in areas including automatic parking and starter inhibitors, have advanced from proximity warning applications for parking support. We intend to develop new products which cover both short and long distances with one sensor and contribute to the development of safe and comfortable cars.

In the IoT sector that includes products such as smartphones, AI speakers and HEMS/BEMS, which are expected to grow, ultrasonic sensors are one of the important options as sensors that detect user movement while securing privacy. Murata is carrying out new development for realizing much smaller products and enhancing resolution, including SMD ultrasonic sensors which we were the first in the world to commercialize.

## Other components

| Net sales | **322.3** billion yen |
| YoY | Up **45.0** % |


**23.6**%

### Main products

Inductors (coils), EMI suppression filters, Connectors, Sensors, Thermistors, Lithium-ion batteries, etc.


Inductors (coils)


Lithium-ion batteries, Li-ion energy storage system, Micro batteries

### Operating results

For fiscal 2017, this segment achieved substantial sales growth due to growth in demand for coils, EMI suppression filters, and MEMS sensors for automotive electronics. The lithium-ion battery business also contributed to success, with the acquisition process from Sony Corporation being completed in September 2017. As a result, overall net sales were 322.3 billion yen (up 45.0% year-on-year).

Net sales (billion yen)



| (FY) | 2013 | 2014 | 2015 | 2016 | 2017 |
| 156.6 | 222.9 | 231.0 | 222.3 | 322.3 |

### Inductors (coils)

Chip inductors are passive components that are a part of electronic circuits, alongside capacitors and resistors. Typical products include power inductors used for power supply circuits and RF inductors used for high frequency circuits.

Power inductors are deeply related to power conversion efficiency that is important in the performance of DC-DC converters, and performance required for products is different depending on circuit systems in DC-DC converters and operating conditions. Therefore, Murata applied a multilayer process and ferrite winding process to commercialize power inductors suitable for target applications and use conditions and has delivered these to the markets.

Through business integration with TOKO, Inc. in 2016, Murata introduced the Metal Alloy winding process and realized smaller and higher performance products. Also, Murata differentiates itself from other companies through advantages including well-balanced performance compatible with large currents that is a feature of Metal Alloy technology, and excellent performance stability during operation. As for RF inductors, we have obtained a large market share by delivering various kinds of products which enable downsizing, as smartphones have replaced conventional mobile phones. Recently, the number of electronic parts used for vehicles has been increasing further due to the shift to EV, ADAS, and automated driving. In response, Murata will expand the lineup of compact inductors with high performance and high reliability and meet market needs.

### Lithium-ion batteries

Murata's lithium-ion batteries are classified into laminated or cylindrical type batteries. Laminated type batteries are mainly employed for mobile devices as sizes can be freely changed owing to the laminate film exterior material. Murata uses leakage-free gel electrolytes with high safety characteristics, which do not easily swell compared to liquid electrolytes used by other companies. Murata's cylindrical type batteries have advantages particularly in high output applications widely used for gardening tools, power tools, electric bicycles, cleaners, and other fields.

Murata intends to grow by appealing to customers with higher safety for the laminated type and by continuing differentiation with higher output for the cylindrical type in gardening tool and other markets where electrification is accelerating. In addition, by integrating battery modules with cylindrical cells, and the efficient power converter technology and sensor network technology owned by Murata, we will provide an energy management system centered on the housing and industrial markets.

Murata will carry out these initiatives by integrating Murata's production technology and processes and Sony's knowledge on batteries and battery materials.

# Strategy by product (modules)

Net sales **443.9** billion yen YoY Up **19.7** %

## Communication modules

28.9%

Net sales 395.0 billion yen

YoY Up 21.3%

**Main products**

Connectivity modules,
RF modules, MetroCirc™, etc.

MetroCirc™

RF modules

Connectivity modules

### Operating results

For fiscal 2017, circuit ceramic modules and RF sub modules for high-end smartphones faced sluggish sales due to a reduction in the Murata share of orders won from a specific customer. However, short-range wireless communication modules for products such as smartphones and personal computers were successful. Sales in multilayer resin substrates also achieved substantial growth as an increasing number were used in high-end smartphones. As a result, overall net sales were 395.0 billion yen (up 21.3% year-on-year).

Net sales (Billion yen)

260.0
308.0
395.2
325.7
395.0
(FY) 2013
2014
2015
2016
2017

### Connectivity modules

Connectivity modules are compound components for wirelessly accessing the Internet or other devices from various devices.

These are used in various types of familiar devices such as smartphones, digital cameras, home appliances, and car navigation systems, and enable users to download and upload photos and music from the Internet, call hands-free while driving, and confirm air conditioner operation and turn switches on and off remotely.

An IoT society where all types of objects around us are connected to the Internet is just around the corner. In this IoT society, various types of devices will have wireless communication functions. Requirements vary depending on use such as low power consumption, high-speed data communication, high reliability, and low profile.

Murata provides products compatible with new communication technologies such as WiFi, 5G, and V2X through design technologies for smaller and higher performance products alongside software technologies to enhance connectivity, while contributing to the development of an IoT society as our mission in creating the future of electronics.

### MetroCirc™

MetroCirc™ is a multilayer resin substrate comprising resin sheets using LCP film and copper foil sheets stacked in many layers employing Murata's multilayer technology. It has exceptional RF characteristics and does not require any adhesion layer, making it thinner. Furthermore, it facilitates a flexible bending process and is thus said to be an origami-like substrate. Through various circuit designs, it can function not only as a substrate but also as a transmission wire component, or have integrated coil functionality. Thanks to these characteristics, it contributes to smaller, thinner, and higher performance smartphones and wearable devices.

Because of its RF characteristics and low transmission loss properties, MetroCirc™ will prove its worth and is expected to expand its uses for various applications including substrates for millimeter wave modules, millimeter wave transmission lines, and wired high speed differential transmission lines. Murata will continue to offer high value added products for resolution of customer issues by making the most of Murata's advanced film and multilayer technologies.

### RF modules

Murata's RF modules are multifunctional and high performance electronic component units that realize an analogue high frequency circuit that controls communications among wireless devices by integrating various key devices.

This module is comprised of passive devices such as SAW filters which demultiplex high frequencies and LC filters, high power amplifiers in transmission, low distortion amplifiers in reception, antenna changeover switches, and other semiconductor devices, and is actively used for various types of wireless devices including smartphones and other mobile phones and tablet PCs.

With the arrival in the future of the high speed and large capacity 5G service, which will enhance people's quality of life, RF modules for realizing dual connectivity in addition to multiple frequency bands and carrier aggregation will become necessary.

Murata, which internally develops various key devices that form the basis for module configuration and package technologies for modularization, is able to carry out integrated production. As a result, Murata has a strong competitive advantage in terms of business speed, production capability, and quality, in addition to performance.

Murata will leverage these competitive advantages to propose RF modules most suitable to new markets and customer needs and aim to be a leading company to be selected by customers.

## Power supplies and other modules

3.5%

Net sales 48.9 billion yen

YoY Up 8.3%

**Main products**

Power supplies, etc.

### Operating results

For fiscal 2017, power supplies mainly for office automation equipment recorded sales growth. As a result, overall net sales were 48.9 billion yen (up 8.3% year-on-year).

Net sales (Billion yen)

54.3
53.0
51.7
45.1
48.9
(FY) 2013
2014
2015
2016
2017

### Power supply modules

Changes in the business portfolio of power supply module business are currently underway. Murata continues in its process to divest the conventional custom power supply business and aims to develop high value added products by utilizing Murata's strengths as differentiating factors.

Murata's power supply modules featuring high reliability, high efficiency, and high power density are used for markets including servers, datacom, communications devices, in-vehicle systems, and industrial electrical equipment.

In the future, 5G service will be common in the communications device market where data traffic will increase from the expansion of big data. Also, in the in-vehicle system market, as the range of electronic components grows with higher functionality, highly efficient, compact power supplies with higher power density will increasingly become requirements.

To meet these market demands, Murata will provide compact power supply modules developed by integrating power circuit technologies, RF technologies, self-manufacturing of key devices, and highly reliable packaging technologies accumulated over many years, as well as highly efficient, high power density power supply systems as power supply solutions combined with batteries to contribute to both increased functionality and energy saving of electronic devices.

DC-DC converters

# EXHIBIT 8

# Multi-layer LCP product

Multi-layer LCP product refers to a multilayer resin substrate that allows you to freely wire circuit boards in three dimensions and products that use such substrates.
Possessing superior high frequency characteristics and a low-profile form factor that enables circuits to be designed in any shape, Murata hopes that Multi-layer LCP product will contribute to the creation of new markets and lifestyles.



| ↓ What is Multi-layer LCP product? | ↓ Multi-layer LCP product Characteristics | ↓ Video Library | ↓ Related Links |

## What is Multi-layer LCP product?

Multi-layer LCP product is composed of two core technologies. These are Murata's core multilayer laminated technologies developed for MLCCs and a unique high-performance resin material.

Multi-layer LCP product core technologies



**Process** Multilayer lamination technology ↓ ↓ ↓ **Collaboration** ↑ ↑ ↑

**+**

**Material** High-performance resin material

**Multi-layer LCP product was created through the deep collaboration of these two technologies.**

### | Multi-layer LCP product multilayer lamination technology

Prepare the required number of layers of resin and copper foil-bonded sheets and then press them together at one time. The adhesive that has traditionally been used in resin substrates to adhere the sheets is not required in this step. As a result of this process, we are able to resolve many problems that were a challenge with the

previous resin substrates.

## Multi-layer LCP product high-performance resin material

Compared to the materials used in previous resin substrates (Glass Epoxy Substrate, FPC, etc.), the high-performance resin material possesses a smaller relative dielectric constant (εr), loss tangent (tanδ), and absorption rate.



As a result of these two technologies, you can manufacture not only a substrate, but also transmission lines and other components for smart phones and tablet devices, as well as composite components that combine antennas and matching circuits with Multi-layer LCP product.

Multi-layer LCP product Solutions



- **Transmission line solutions**
  Single-function components such as transmission lines for transmitting high frequency signals



- **Antenna solutions**
  Form antennas that can be easily connected by using an antenna with a multilayer LCP product and flexible connection circuit with a connector.

- **Substrate solution**
  High-density, low-profile substrates that support various applications

- **Module solutions**
  Utilize as a board for components

# Multi-layer LCP product Characteristics

## High Frequency and Low Loss

Compared to previous resin materials, Multi-layer LCP product has a smaller relative dielectric constant and dielectric loss tangent, and it does not use adhesive to bond the layers in the multilayer substrate manufacturing process.
This makes it possible to achieve a substrate and components that have low loss in the high frequency range.
Low loss in the high frequency range indicates superior characteristics for recent applications to high-speed digital transmission.



This graph compares the loss of a Multi-layer LCP product transmission line with an FPC transmission line.
As you can see, Multi-layer LCP product is able to achieve low-loss products to contribute to low power consumption and improve communication performance in customer products.
It can also form more detailed electrode patterns compared to previous resin substrates.
In addition to reducing the thickness variation by not using adhesive between the layers, the formation of minute electrode patterns enables highly precise impedance control, which is important in the high frequency range and in high-speed digital transmission.

Multi-layer LCP product is cut out using laser cutting, which makes it possible to bend it in three dimensions and hold that shape to achieve complex 2D and 3D shape designs.

- **Process support for complex 2D shapes**
  In the Multi-layer LCP product process, a laser cutter is used to cut out each individual product. Therefore, we can easily handle requests for various complex 2D shapes.
  Because no molds are used, we can respond to design changes with short deadlines and at a low cost.





- **3D shape retention is possible**
  Bending can be applied to 3D shapes according to customer needs thanks to the flexible, high-strength characteristics of the Multi-layer LCP product material.
  Multi-layer LCP product that has not been bent is perfectly flat, but the necessary regions can be bent , much as origami paper is folded, according to customer requests.



It was difficult for the previous FPCs to maintain their shape due to spring back. However, because Multi-layer LCP product can maintain shapes, it is easy for customers to embed during the product assembly process and helps to reduce man-hours



## High-density and Thin Multilayer Substrate

Multi-layer LCP product uses a single press for its multilayer lamination technology, which achieves a high-density and thin multilayer substrate.



Multi-layer LCP product cross-sectional structure example and characteristics



The following three characteristics contribute to the high density.

- More detailed patterns can be formed due to etching, compared to previous resin substrates.
- Blind, buried, and other via holes can be freely formed.
- Cavities can be easily formed.

The following four characteristics contribute to the thin profile.

- Thin sheets with a highly precise thickness can be used.
- Sheets with different thicknesses can be combined into multilayers.
- An odd number of layers can be easily multilayered with batch lamination, as opposed to the previous build-up substrate method.
- Adhesive is not required between layers.

## Resistant to Temperature Changes and Water

Compared to previous resin substrates (glass epoxy substrates, FR-4 substrates, FPC, etc.), Multi-layer LCP product uses a resin material with a low ratio of water and moisture absorption.

In addition, because adhesive is not required to bond the layers, high reliability products with high water and perspiration resistance can be achieved.



These graphs show the change in the resonance frequency before and after the high-temperature and high-humidity test conducted on both an antenna made with a Multi-layer LCP product and a conventional antenna made with FPC. We can confirm from the results that the characteristics of Multi-layer LCP product are much more stable than conventional FPC products. Such characteristics are one of the important parameters for products with mechanisms that resonate like antennas.

# Video Library



## Related Links

> **Inquiries**
>
> Send your inquiry

Electronic Components  ›  High-Frequency PCBs

Multi-layer LCP product

### Sign up for Murata Newsletter

Murata Newsletter provides a wide range of information once or twice a month, including the latest product information and events.

### SimSurfing

The software 'SimSurfing' simulates the characteristics of Murata products.

### Your Opinions and Requests about Our Website

HOME / Electronic Components / High-Frequency PCBs / Multi-layer LCP product

# EXHIBIT 9

# Liquid Crystal Polymer Technology in the 5G Era
## - MetroCirc -

Takashi Noma
*Murata Manufacturing Co., Ltd.*
Nagaokakyo-shi, Kyoto, Japan
noma@murata.com

*Abstract*— **Liquid crystal polymer (LCP) is an adequate material for flexible printed circuit (FPC) in high frequency applications especially at millimeter wave frequencies. Murata's LCP-FPC:MetroCirc, is manufactured using a unique process that adds unique features to fit high-density 3-dimensional product design. Several application examples of it are shown.**

*Keywords—LCP, multilayer, low loss, stable bending*

## I. INTRODUCTION

Starting from mobile equipment like smartphones, many applications using the 5G telecommunication standard are expected to launch such as self-driving-cars, smart cities, IoT, etc. For these applications, FPC needs to have the desirable features of (a) low loss and material property stability at high frequency, (b) bending stability with multilayers to realize a high-density 3-dimensional product design.

Liquid crystal polymer (LCP) is one of the "super engineering plastics" and has good processability and radio frequency (RF) performance. Relative dielectric constant and dielectric loss tangent of LCP are both low compared to conventional materials, therefore it has low loss properties in RF applications. LCP also can be processed to sheet form with proper coefficient of thermal expansion (CTE) and laminated with copper foil. With these properties, LCP is an adequate material to be used as FPC for high frequency applications.

Murata has been manufacturing LCP-FPC named "MetroCirc". It's pressing process is a one-time press without bonding sheets. This unique process realizes high layer count and small spring back with bending. Because of these features, MetroCirc has being used in many RF applications, e.g. RF transmission lines, Wi-Fi antennas or antenna integrated modules (AiMs). In this paper, features of LCP-FPC and application examples are shown.

## II. LCP FOR FPC

LCP has many adequate features as an FPC for RF application. In electrical aspects, LCP's relative dielectric constant (Dk) and dielectric loss tangent (Df) are low compared to conventional materials like polyimide (PI) or epoxy glass, thus RF loss in LPC is smaller than those. In an environmental resistance aspect, LCP has low hygroscopic properties. Dk and Df increase when the substrate resin material absorbs humidity. Usual PI-FPC consists of PI resin film and bonding sheet as adhesive. LCP's hygroscopicity is better than PI or bonding sheets, therefore RF performance of LCP-FPC is more stable and fits antenna

applications (Fig. 1). As for processability, LCP can be processed to sheet form with similar CTE as copper foil by controlling the resin orientation. The LCP sheet can be put together by heat pressing without adhesive. With these material properties, LCP-FPC has less mechanical warpage and stable dimensions.

Returning to the electrical aspects, there are four loss elements for RF transmission loss: i.e. dielectric loss, conductive loss, reflexional loss and radiational loss. Usually, the first two elements are the major contributors to loss, but the low Dk/Df character of LCP is advantageous as below.

(1) Dielectric loss

Dielectric loss occurs when dielectric material absorbs electromagnetic waves.

$$\text{Dielectric loss} \propto (\text{square root of Dk}) * Df * \text{frequency}$$ [1]

Dk/Df of LCP are lower than conventional materials, so dielectric loss can be smaller. Especially at higher frequencies, dielectric loss becomes critical because it is proportional to frequency.

(2) Conductive loss

Conductive loss occurs from electric current running through a conductor with resistance. When the line impedance is designed to 50 Ω and strip line stack up is fixed, the signal line width is roughly proportional to 1/Dk. Because of LCP's small Dk, the signal line width of LCP-FPC becomes wider, so the conductive loss of LCP-FPC becomes smaller.



Fig. 1. Antenna resonant frequency shift after high-humid strage test.

## III. FEATURES OF METROCIRC

Murata has long history of manufacturing MLCC and multilayer ceramic substrates. These products are manufactured by laminating many thin films and a single pressing. We applied this know-how to manufacture LCP-FPC:MetroCirc. Conventional FPC uses a successive pressing

2021 IEEE CPMT Symposium Japan (ICSJ) | 978-1-6654-4079-0/21/$31.00 ©2021 IEEE | DOI: 10.1109/ICSJ52620.2021.9648902

Authorized licensed use limited to: Kendall Hughes. Downloaded on September 26,2022 at 19:29:08 UTC from IEEE Xplore.  Restrictions apply.

process. Therefore, sheet distortions caused by pressing are accumulated and the number of processable layers is limited by the distortion. On the other hand, in the MetroCirc process, all sheets are bonded together in a single press. So, the sheet distortion is controllable, and it can be used to high layer count FPC applications (Fig. 2).



Fig. 2.   Comparison of conventional and MetroCirc process.

Also, no adhesive is used in the MetroCirc process, so mechanical features of LCP can be utilized. Liquid crystal molecule is straight, not coil-form. When an LCP sheet is bent, straight molecule is displaced relative to each other. So, the spring back force of LCP is smaller than conventional resin, in which molecules are coil-formed (Fig. 3). This small spring back feature is preferable in cases needing stable 3-dimensional product design.



Fig. 3.   LCP molecular structure and bending characteristics.

## IV.  TYPICAL APPLICATION OF LCP-FPC

LCP-FPC has been used for high RF transmission lines and antennas because of its low loss and stable Dk property (Fig. 4). LCP-FPC's thin dimension and stable bending feature are especially beneficial to route around narrow spaces in smartphones.

For 5G cellular phones, millimeter wave (mmW) frequency range (24-71 GHz) may be used. Because RF transmission loss becomes huge in mmW bands, AiMs are often used which employ intermediate frequency (IF freq.) transmission lines for long wiring (Fig. 5). Both are suitable applications for LCP-FPC, but AiM is an especially good fit to MetroCirc. MetroCirc realizes a thick multilayered antenna area and a thin bending area using just one substrate. Its stable bending property enables multi-beam antenna arrays for plural beam directions (Fig. 6). With these features, a high density and low cost mmW package can be designed.

## V.  SUMMARY

With the 5G launch, RF and clock frequency has become higher. Therefore, the need for low loss material and high

density 3-dimensional packaging shall increase drastically. LCP-FPC and MetroCirc technology can be one of the ideal solutions for these new challenges.



Fig. 4.   Insertion loss comparison in millimeter wave frequency range.



Fig. 5.   Use case of LCP in 5G millimeter wave circuit.



Fig. 6.   Advantage of multi-beam AiM

## REFERENCES

[1]  Y. Konishi, "Basics and application of microwave circuit," Sogo-denshi publishing company (1990).

Authorized licensed use limited to: Kendall Hughes. Downloaded on September 26,2022 at 19:29:08 UTC from IEEE Xplore.  Restrictions apply.

# EXHIBIT 10


screenshot_Murata Releases Compact Antenna Array Module for mmWave 5G_2024_11_15
https://passive-components.eu/murata-releases-compact-antenna-array-module-for-mmwave-5g/
15.11.2024


Vishay Introduces Compact SMD Trimmers for Harsh Environments
🕐 13.11.2024  👁 24

Skeleton is Opening a New Research and Development Center in Finland
🕐 12.11.2024  👁 43

Modelithics Announces COMPLETE+3D Library for Keysight ADS and RFPro
🕐 12.11.2024  👁 20

3655 Automotive-Grade Multilayer Chip Inductors
MOUSER ELECTRONICS

IQD Releases Miniature

📧 NEWSLETTER

Home | 📰 News New ▾ | 📹 Video New ▾ | 🔷 Knowledge Blog | 🔷 Suppliers ▾ | 🔷 Events

# Murata Releases Compact Antenna Array Module for mmWave 5G

4.11.2021  Reading Time: 2 mins read                                    AA



Murata has launched a space-saving antenna array integrated module for mmWave 5G designed specifically to meet the demanding requirements of the smartphone, Internet of Things (IoT) and local/private 5G markets.

In the past, the efficiency of millimeter waves has been compromised by obstacles, an issue that has presented meet the demanding requirements of the smartphone, Internet of Things (IoT) and local/private 5G markets.

In the past, the efficiency of millimeter waves has been compromised by obstacles, an issue that has presented significant challenges for manufacturers looking to incorporate mmWave functionality into their communications equipment. A major disadvantage of existing products on the market is that to get around this problem, they require several radio-frequency integrated circuits (RFICs) to be fitted in order to emit radio waves in multiple directions.

However, Murata's solution – based around the MetroCirc™ mmWave antenna module board with its superior high-frequency performance – has a unique L-shape design that delivers a secure mmWave wireless communication environment in two directions using just a single RFIC. This means the module makes it possible to maintain the minimal footprint required for the development of smaller, slimmer smartphones, IoT devices and customer sets. A key advantage of the L-shape design is that it not only helps to cut costs by reducing the number of modules required but it also offers far greater coverage using the same number of modules.

Combining high-speed operation with high-capacity, the innovative Murata design is capable of delivering secure, stable communication paths, making it much easier for smartphone manufacturers and wireless device developers to create systems that take full advantage of the benefits offered by mmWave 5G technology.

Another feature of the new module, part of Murata's LBKA series, includes the ability to disperse IC heat generation effectively thanks to the use of extremely precise packaging technology.

"As the 5G, smartphone and IoT markets continue to grow, so will the demand for wireless transmitting and receiving using mmWave 5G systems", says Kengo Onaka, Communication Modules Division, mmWave Business Promotion Department, Senior Manager of Development Section at Murata. "The ability to install high-performance antenna modules in a very small space will be welcomed by developers and manufacturers around the world who are pushing to create solutions fit for the future."

### Related Posts

Murata Releases Innovative Stretchable PCB for Wearable Medical Devices

Murata Expands Silicon Capacitor Production Line in France

Murata Releases 1210 in-vehicle High Current PoC Inductors

‹  ›


Source: Murata

Recent Posts

OSCILLATORS
IQD Releases Miniature OCXO Oscillators with Extended Temperature Range
🕐 12.11.2024  👁 40

INDUSTRIAL
Würth Elektronik Unveils 60V MagI³C-VDMM MicroModule
🕐 6.11.2024  👁 48

INDUCTORS
Bourns Unveils High Saturation Shielded Power Inductors
🕐 4.11.2024  👁 53

SPONSORED
KYOCERA AVX Releases Industry's First Dual-Entry Card-Edge Connectors
🕐 30.10.2024  👁 38

‹  ›



## Upcoming Events

NOV 12  November 12 - November 15  electronica 2024

NOV 18  November 18 - November 21  Pre Cap Visual Inspection per Mil-Std-883 (TM 2017)

NOV 22  12:00 - 14:00 EST  External Visual Inspection per Mil-Std-883 TM 2009

View Calendar


PCBWay
Custom PCB manufacturing tailored to your needs
Quote Now ›

## Popular Posts


What is a Dielectric Constant of Plastic Materials?  01
❤ 4 SHARES

02  Ripple Current and its Effects on the Performance of Capacitors
❤ 3 SHARES

03  Flyback Converter Design and Calculation
❤ 0 SHARES

04  Buck Converter Design and Calculation
❤ 0 SHARES

05  IQD Releases Miniature OCXO Oscillators with Extended Temperature Range
❤ 0 SHARES

06  Skeleton is Opening a New Research and Development Center in Finland
❤ 0 SHARES

07  Boost Converter Design and Calculation
❤ 0 SHARES

08  Vishay to Acquire Capacitor Film Manufacturer Birkelbach

09  Wk 45 Electronics Supply Chain Digest

10   ECIA NA Sales Sentiment for
     Electronic Components
     Continues to Struggle in
     October

      0 SHARES

**Newsletter Subscription**





3665
Automotive-Grade
Multilayer Chip
Inductors



**Archive**

2023
2022
2021
2020
2019
2018
2017

**Symposium**

PC
NS

Passive Components Networking
Symposium

**Passives e-Learning**

**Knowledge Blog**

© EPCI - Premium Passive Components Educational and Information Site

Home  /  Privacy Policy  /  EPCI Membership & Advertisement  /  About

# EXHIBIT 11

screenshot_Murata Electronics North America, Inc.__Affiliated Companies Americas__Murata locations_Murata Manufacturing Co.,_Ltd__2024_11_15
https://corporate.murata.com/en-us/company/muratalocations/affiliated/affiliated_usa/murataelectronics-northamerica
15.11.2024

Products

Company ⌄    Corporate Social Responsibility ⌄    Investor Relations ⌄    Newsroom    Careers    Open in New Window    Learn more about Murata ⌄

Corporate  ›    Company  ›    Murata locations  ›    Affiliated Companies Americas  ›    Murata Electronics North America, Inc.

# Murata Electronics North America, Inc.

## Contents

| Overview ↓ | Address/Phone ↓ | Map ↓ |

## Overview

Murata Americas is the organization responsible for the regional management of the Murata companies located in North and South America. We serve as the regional and functional headquarters supporting our customers' engineering and procurement activities throughout the Americas. Along with experienced teams of Technical Sales Managers located in several major hubs, including Silicon Valley, San Jose, San Diego, Austin, Dallas, Chicago, Detroit, Kokomo and Boston, we utilize a network of Sales Representatives and Authorized Distributors to service our customers' requirements for sales and technical support, design expertise, logistics and supply chain initiatives. With an aim towards further expanding the local support of our customers in South America, Murata Americas staff an operation in Sao Paulo.

Our principal corporate office is located in Smyrna, Georgia. Murata Electronics North America, Inc. is a wholly owned subsidiary of Murata Manufacturing Co., Ltd., whose global headquarters are in Kyoto, Japan.

## Address/Phone

| Address | 3330 Cumberland Blvd., SE, Suite 700, Atlanta, GA 30339, USA |
|---|---|
| Tel | +1 770 436 1300 |
| Fax | +1 770 436 3030 |

## Map



### Company ⟶

Message from the President ⟶

Philosophy ⟶

Process of value creation ⟶

Management strategy ⟶

Facts and Figures ⟶

Murata Locations ⟶

Murata Manufacturing locations
Affiliated Company Japan
Affiliated Company Greater China and East Asia
Affiliated Company Southeast Asia and South Asia
Affiliated Company Americas
Affiliated Company Europe

Executives ⟶

History ⟶

Corporate Governance ⟶

Procurement Guidelines ⟶

Murata's human resources ⟶

Business ⟶

Technology ⟶

Murata's Intellectual Property ⟶

## Related Links

Corporate Social Responsibility TOP

Investor Relations TOP

Please find our latest information and activities on our social media sites



## Company  →

Message from the President

Philosophy

Process of value creation

Management strategy

Facts and Figures

Murata Locations

Executives

History

Corporate Governance

Procurement Guidelines

Murata's human resources

Business

Technology

Murata's Intellectual Property

## CSR  →

Message from the President

Murata's approach to CSR activities

Mid-term Targets (CSR Activities: Targets and Results)

Murata and the Environment

Murata and Society

Murata's human resources

Governance

ESG data collection / GRI standards reference table / SASB reference table

Stakeholder engagement

External evaluations / Participation in external initiatives

Murata and Sustainable Development Goals (SDGs)

Past Reports

About Murata's CSR Website

## Investor Relations  →

Management Policy

IR Library

IR Events

Financial & ESG Information

Stock & Corporate Bonds

Disclaimer

Policy for Constructive Dialogue with Shareholders and Investors

## Newsroom  →

News

Download Library

## Careers  →

## Learn more about Murata  →

Video library

Murata Robots

Technology Magazine Metamorphosis

Murata's Challenge to Achieve a Sustainable Future — The Aspirations of the People in Charge of Supporting the Promotion of Renewable Energy —

Murata's Educational Activities in the STEAM field

Denshi-land

"Mulabo!" — a science experience facility for children

**EU RoHS / REACH** & California Proposition 65

Approach for chemical regulation for Murata Products.Find out more

Site Policy    |    Social Media Policy    |    Privacy    |    Trademarks    |    Sitemap

Copyright © Murata Manufacturing Co., Ltd. All Rights Reserved.

# EXHIBIT 12

screenshot_Murata_Samsung 2nd Gen mmWave AiP discovered in the Samsung Galaxy A53 _ TechInsights_2024_11_15
https://www.techinsights.com/blog/muratasamsung-2nd-gen-mmwave-aip-discovered-samsung-galaxy-a53
15.11.2024



Tech Insights

Insights    News, Blogs & Events    About Us    Careers

# Murata/Samsung 2nd Gen mmWave AiP discovered in the Samsung Galaxy A53

John Sullivan

**John Sullivan**

The Google Pixel 6 Pro 5G mobile handset was released in October 2021. The front end module analysis (MAR-2111-801) revealed a Murata packaged mmWave Antenna in Package (AiP) that contained a Samsung phased array Front-End/Transceiver die. This module as shown in figure 1 was formed of two elements perpendicular to one another and placed inside the top of the phone such that the antenna arrays radiated out of the top and back of the phone.



DISCOVER THE PERFECT PLATFORM SOLUTION

The TechInsights Platform is the world's largest database of consumer electronics and semiconductor reverse engineering

LEARN MORE

www.techinsights.com



✨ Industry Leaders Trust TechInsights ✨

Learn why TechInsights is the most trusted source of actionable, in-depth intelligence to the semiconductor industry.

Speak with a member of our team!

Sign Up for Free

This chat may be recorded for quality assurance. You can view our privacy policy here.



*Figure 1: Google Pixel 6 Pro 5G mobile handset – mmWave AiP*

Fast forward 5 months to March of 2022 and the Samsung Galaxy A53 was released. The analysis of this handset has revealed another mmWave AiP from Murata that contains a different Samsung Front-End/Transceiver die. The A53 contains a single AiP and is located such that the antenna array radiates out of the top/side of the handset. The use of a single AiP is interesting in itself as previous systems have always used a minimum of two.



*Figure 2: Samsung Galaxy A53 mobile handset – mmWave AiP*

Full details of the Murata SS1D14076 will be revealed in the upcoming module architecture report (MAR-2205-803), but let's see what a quick comparison reveals between the two modules.

The most apparent difference is that the second generation AiP employs a single module substrate to house the antenna elements as opposed to the L shaped dual module configuration used in the 1st generation AiP. The X-ray of the SS1D14076 reveals 5 patch antenna elements. These are presumably dual band dual phased stacked patches, as seen previously in our Murata SS1707051 mm-Wave antenna report.



*Figure 3: Murata SS1D14076 mmWave AiP – Xray detail*

The 1st generation AiP (SS1707051) has a total of 8 antenna elements between the two substrates that make up the module.. The architecture of this die can be found in the architecture report, ARC-2111-802.



*Figure 4: Samsung (SS1707051 AiP) phased array transceiver die*

As stated earlier, the 2nd generation AiP (SS1D14076) has a total of 5 antenna elements. This die is slightly smaller than the 1st generation die and has a largely different floorplan.



Figure 5: Samsung (SS1D14076 AiP) phased array transceiver die

Full details of the architecture of this die will be revealed in the architecture analysis report (ARC-2206-802), coming soon to the TechInsights Platform. To view some sample analysis in our Mobile RF subscription, sign up for a free trial to the TechInsights Platform.



November 15, 2024

### Smartphone Sales in China Surge 26% YoY During 11.11 Festive 2024

TechInsights Mobile team estimated that the smartphone sales by volume during China's largest online shopping festival 11.11 (Nov 11) in 2024 rebounded 26% year-over-year (yoy) to 9.5 million units, largely due to the longer sales window.

Learn More



November 11, 2024

### Memory Procurement Outlook: Navigating the Demand Surge

Discover key trends in memory procurement, including rising demand driven by AI and datacenter expansions. Learn about increasing prices, supply constraints, and the importance of advanced memory solutions like DDR5 and HBM in the evolving market landscape.

Learn More

November 07, 2024

### 2025 Consumer IoT Outlook Report

Get a glimpse of the future as the global consumer IoT market is set to grow 8.8% in 2025, driven by generative AI, the Matter standard, and rising demand for smart home solutions!

Learn More

---

**The authoritative information platform to the semiconductor industry.**

Discover why TechInsights stands as the semiconductor industry's most trusted source for actionable, in-depth intelligence.

Create Account    Newsletter Sign Up

Home
Reverse Engineering
Market Analysis
Sustainability Solutions
TechInsights on China
Industries

Blogs & News
Webinars
About TechInsights
Our Experts
Careers
Contact




1-877-826-4447
1891 Robertson Rd #500, Nepean, ON K2H 5B7
Copyright © 2024 TechInsights Inc. All rights reserved.

Accessibility  |  Privacy Policy  |  Terms and Conditions  |  Conflict of Interest and Confidential Information  |  Ethics and Compliance

# EXHIBIT 13

# the japan times

THE INDEPENDENT VOICE IN ASIA

**BUSINESS / COMPANIES**

# IPhone supplier Murata boosting output of foldable circuits



A Murata Manufacturing booth is seen at a trade show in Tokyo. The Kyoto-based firm is boosting capacity to build foldable circuits for Apple's new iPhone lineup. | BLOOMBERG

**BLOOMBERG**

Dec 21, 2017

Murata Manufacturing Co., the exclusive supplier of foldable circuits for Apple Inc.'s new iPhone lineup, is boosting its capacity to build the components on the view that demand will increase next year.

The company's MetroCirc circuit boards can be bent, making it easier to pack them into smartphones, including the latest iPhone

X and 8 models. Factories are already operating at full capacity, forcing the Kyoto-based company to turn customers away, President Tsuneo Murata said in an interview.

The manufacturer's relationship with Apple was put to the test earlier this year when it struggled to keep up with orders for MetroCirc components. The company managed to meet its targets,

Not a Premium subscriber?
Consider the benefits of unlimited access.

Pay in USD │ Pay in JPY

(Credit card only)

## Premium

**Unlimited access**

Learn more



| MONTHLY | ANNUALLY |
|---|---|
| **US$30** / MONTH | **US$249** / YEAR |
| Cancel anytime | 30% off original price: ~~US$360~~ **Save US$111** |
| SUBSCRIBE | BEST VALUE — SUBSCRIBE |