**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| GEORGIA TECH RESEARCH CORPORATION,<br>Plaintiff,<br>v.<br>MURATA ELECTRONICS NORTH AMERICA, INC., and<br>MURATA MANUFACTURING CO., LTD.,<br>Defendants. | C.A. No. 1:24-cv-05268-JPB |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff, Georgia Tech Research Corporation's Unopposed Motion for Extension of Time to Respond to Complaint, and for good cause shown, the Court GRANTS the Motion and ORDERS that the deadline for Defendant Murata Electronics North America, Inc. to respond to the Complaint shall be extended through and including January 15, 2025.

SO ORDERED this ________ day of ________________, 2024.

______________________________
J.P. Boulee
UNITED STATES DISTRICT JUDGE