#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GEORGIA TECH RESEARCH CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>MURATA ELECTRONICS NORTH AMERICA, INC., and<br><br>MURATA MANUFACTURING CO., LTD.,<br><br>                Defendants. | C.A. No. 1:24-cv-05268-JPB |

#### SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW, Plaintiff, Georgia Tech Research Corporation ("GTRC") and files this Second Unopposed Motion for Extension of Time to Respond to Complaint up to and including March 31, 2025, and shows the Court as follows:

GTRC filed its Complaint on November 17, 2024. Defendant Murata Electronics North America, Inc. ("MENA") was served on November 25, 2024 [Doc. 6]. So MENA's original deadline to answer the Complaint was December 16, 2024.

On December 13, 2024, GTRC filed an Unopposed Motion for Extension of Time to Respond to Complaint [Doc. 8]. The Court granted GTRC's Motion (on

December 16, by docket entry only) and extended MENA's deadline to respond to GTRC's Complaint until January 15, 2025.

The parties have met and conferred, and they reached an agreement where foreign defendant Murata Manufacturing Co., Ltd. ("MMC") would agree to waive service under the Hague Convention in exchange for GTRC agreeing to extend defendant MENA's response deadline to *synchronize* both defendants' responses on the same date. MMC was sent a waiver of service with an effective date of December 31, 2024; MMC has signed and returned that waiver of service; and MMC's deadline to respond or answer GTRC's Complaint is now March 31, 2025 [Doc. 9].

Accordingly, GTRC respectfully requests the Court extend the deadline for Defendant MENA to respond to or answer the Complaint to be the same date as Defendant MMC's—March 31, 2025. A Proposed Order is provided herewith.

-3-

*/s/ Warren J. Thomas*

John W. Harbin (Ga. Bar No. 324130)
Gregory J. Carlin (Ga. Bar No. 455865)
David S. Moreland (Ga. Bar No. 521998)
Warren J. Thomas (Ga. Bar No. 164714)
**Meunier Carlin & Curfman LLC**
999 Peachtree Street NE
Suite 1300
Atlanta, GA 30309
Tel: 404-645-7700
jharbin@mcciplaw.com
gcarlin@mcciplaw.com
dmoreland@mcciplaw.com
wthomas@mcciplaw.com

*Attorneys for Plaintiff Georgia Tech Research Corporation*