# EXHIBIT 1

Attorney Docket No.: 17625-0038

## THAT WHICH IS CLAIMED:

1.     An organic bandpass filter, comprising:

a first core layer having an upper surface and a lower surface;

a second core layer having an upper surface and a lower surface, wherein the first core layer and the second core layer are positioned opposite one another so that the lower surface of the first core layer is facing the upper surface of the second core layer;

an organic dielectric layer having at least two resonators, wherein two of the resonators are coupled to each other, the organic dielectric layer being arranged between the first core layer and the second core layer;

a first shield electrode on the upper surface of the first core layer opposite the organic dielectric layer;

a second shield electrode on the lower surface of the second core layer opposite the organic dielectric layer; and

a side shield electrode in electrical contact with the first and second shield electrodes.

2.     The bandpass filter of Claim 1, wherein the resonators are coupled magnetically, electrically or a combination thereof.

3.     The bandpass filter of Claim 1, wherein the resonators comprise a combination of transmission lines, inductors and capacitors.

4.     The bandpass filter of Claim 1, wherein the resonators are formed by transmission line.

5.     The bandpass filter of Claim 1, wherein the resonators are formed by inductors.

-30-

Attorney Docket No.: 17625-0038

6.    The bandpass filter of Claim 1, wherein each of the resonators comprises an inductor connected to a parallel plate capacitor, wherein the capacitors include disconnected plates sandwiching the organic dielectric layer.

5    7.    The bandpass filter of Claim 1, further comprising an external input terminal electrode and an external output terminal electrode formed on opposite side surfaces of the filter, and the side shield electrode being disposed on other opposite sides of the filter.

10    8.    The bandpass filter of Claim 7, wherein the organic dielectric layer includes a circuit matching device connected to the external input terminal electrode and a second circuit matching device connected to the external output terminal electrode, wherein the first and second circuit matching devices are selected from the group consisting of a capacitor, inductor, transmission line and a combination thereof.

15

9.    The bandpass filter of Claim 1, wherein both the first and second core layers include a bondply layer.

10.    The bandpass filter of Claim 1, wherein the organic dielectric layer 20    comprises multiple layers of organic material, and wherein at least a portion of a passive device is form on each respective layer of the multiple layers of organic material.

11.    The bandpass filter of Claim 1, wherein the organic dielectric layer 25    comprises a first patterned metal layer and a second patterned metal layer formed on opposites surfaces thereof, and further comprises at least one via electrically connecting the first patterned metal layer and the second patterned metal layer.

12.    The bandpass filter of Claim 1, further comprising a first protective 30    layer formed on the first shield electrode and a second protective layer formed on the second shield electrode.

-31-

Attorney Docket No.: 17625-0038

13. The bandpass filter of Claim 1, wherein the side shield electrode comprises a third shield electrode and fourth shield electrode formed on opposite side surfaces of the filter.

14. The bandpass filter of Claim 1, wherein the side shield electrode comprises an in-built shield electrode on the organic dielectric layer that is coplanar with at least a portion of the resonators.

15. The bandpass filter of Claim 14, wherein at least one resonator includes a capacitor, and the capacitor includes a first plate on a first surface of the organic dielectric layer and a corresponding ground plate on the opposite surface of the organic dielectric layer, and wherein the in-built shield is disposed on the first surface in proximity of the first plates and is electrically connected to the second plates by vias in the organic dielectric layer.

16. The bandpass filter of Claim 1, further comprising an additional resonator formed by one of an inductor, transmission line, capacitor or a combination thereof.

17. The bandpass filter of Claim 1, further comprising a plurality of poles formed by one of an inductor, transmission line, capacitor or a combination thereof.

18. An organic bandpass filter, comprising:
a protective layer having an upper surface and a lower surface;
a core layer having an upper surface and a lower surface, wherein the core layer and the protective layer are position opposite one another so that the lower surface of the protective layer is facing the upper surface of the core layer;
an organic dielectric layer having at least two resonators, wherein two of the resonators are coupled to each other, the organic dielectric layer being arranged between the core layer and the protective layer;

-32-

Attorney Docket No.: 17625-0038

a first shield electrode on the lower surface of the core layer opposite the organic dielectric layer;

a side shield electrode in electrical contact with the first shield electrode;

a plurality of solder balls on the protective layer; and

5   through holes that electrically connect at least one solder ball to the first shield electrode.

19.  The bandpass filter of Claim 18, wherein the resonators are coupled magnetically, electrically or a combination thereof.

20.  The bandpass filter of Claim 18, wherein the resonators comprise a combination of transmission lines, inductors and capacitors.

21.  The bandpass filter of Claim 18, wherein the resonators are formed by transmission line.

22.  The bandpass filter of Claim 18, wherein the resonators are formed by inductors.

23.  The bandpass filter of Claim 18, wherein each of the resonators comprises an inductor connected to a parallel plate capacitor, wherein the capacitors include disconnected plates sandwiching the organic dielectric layer.

24.  The bandpass filter of Claim 18, further comprising an external input terminal electrode and an external output terminal electrode formed on the protective layer, wherein the terminal electrodes are connected to separate solder balls.

25.  The bandpass filter of Claim 24, wherein the organic dielectric layer includes a circuit matching device connected to the external input terminal electrode and a second circuit matching device connected to the external output terminal

Attorney Docket No.: 17625-0038

electrode, wherein the first and second circuit matching devices are selected from the group consisting of a capacitor, inductor, transmission line and a combination thereof.

26. The bandpass filter of Claim 18, wherein the core layers include a bondply layer.

27. The bandpass filter of Claim 18, wherein the organic dielectric layer comprises multiple layers of organic material, and wherein at least a portion of a passive device is form on each respective layer of the multiple layers of organic material.

28. The bandpass filter of Claim 18, wherein the organic dielectric layer comprises a first patterned metal layer and a second patterned metal layer formed on opposites surfaces thereof, and further comprises at least one via electrically connecting the first patterned metal layer and the second patterned metal layer.

29. The bandpass filter of Claim 18, wherein the protective layer comprises an organic material.

30. The bandpass filter of Claim 18, wherein the side shield electrode comprises a second shield electrode and third shield electrode formed on opposite side surfaces of the filter.

31. The bandpass filter of Claim 18, wherein the side shield electrode comprises an in-built shield electrode on the organic dielectric layer that is coplanar with at least a portion of the resonators.

32. The bandpass filter of Claim 31, wherein at least one resonator includes a capacitor, and the capacitor includes a first plate on a first surface of the organic dielectric layer and a corresponding ground plate on the opposite surface of the organic dielectric layer, and wherein the in-built shield is disposed on the first

-34-

Attorney Docket No.: 17625-0038

surface of the organic dielectric layer in proximity of the first plates and is electrically connected to the second plates by vias in the organic dielectric layer.

33. The bandpass filter of Claim 18, further comprising an additional resonator formed by one of an inductor, transmission line, capacitor or a combination thereof.

34. The bandpass filter of Claim 18, further comprising a plurality of poles formed by one of an inductor, transmission line, capacitor or a combination thereof.

35. A stand-alone organic passive device, comprising:

a first core layer having an upper surface and a lower surface;

a second core layer having an upper surface and a lower surface, wherein the first core layer and the second core layer are position opposite one another so that the lower surface of the first core layer is facing the upper surface of the second core layer;

an organic dielectric layer having at least on passive device, the organic dielectric layer being arranged between the first core layer and the second core layer;

a first shield electrode on the upper surface of the first core layer opposite the organic dielectric layer;

a second shield electrode on the lower surface of the second core layer opposite the organic dielectric layer; and

a side shield electrode in electrical contact with the first and second shield electrodes.

36. A stand-alone organic passive device, comprising:

a protective layer having an upper surface and a lower surface;

a core layer having an upper surface and a lower surface, wherein the core layer and the protective layer are position opposite one another so that the lower surface of the protective layer is facing the upper surface of the core layer;

-35-

Attorney Docket No.: 17625-0038

an organic dielectric layer having at least one passive device, the organic dielectric layer being arranged between the core layer and the protective layer;

a first shield electrode on the lower surface of the core layer opposite the organic dielectric layer;

5     a side shield electrode in electrical contact with the first shield electrode;

a plurality of solder balls on the protective layer; and

through holes that electrically connect at least one solder ball to the first shield electrode.

10