# EXHIBIT 2

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE PATENT TRIAL AND APPEAL BOARD

| | |
|---|---|
| *In re* patent of Govind et al. | § Petition for *Inter Partes* Review |
| | § |
| U.S. Patent No. 7,489,914 | § Attorney Docket No.: 49195. |
| | § |
| Issued: February 10, 2009 | § |
| | § Customer No.: 27683 |
| Title: Multi-Band RF Transceiver With Passive Reuse In Organic Substrates | § Real Party in Interest: Murata Manufacturing Co., Ltd. |

### PETITIONER'S POWER OF ATTORNEY PURSUANT TO 37 CFR 42.10(b) FOR PETITION FOR *INTER PARTES* REVIEW

Pursuant to 37 CFR 42.10(b) Petitioner, **Murata Manufacturing Co., Ltd.**, hereby appoints the Practitioners associated with **Customer Number 27683**, as their attorneys to prosecute and to transact all business before the Patent Trial & Appeal Board of the United States Patent and Trademark Office in connection with the above-identified petition for *Inter Partes* Review.

Please recognize the correspondence address (including any electronic mail address) associated with **Customer Number 27683** for the above-identified *Inter Partes* Review proceeding number to be the address associated with the appointed lead and backup counsels.

The undersigned is authorized to sign this Power of Attorney on behalf of the Petitioner.

**Murata Manufacturing Co., Ltd.**

Executed on Nov. 12, 2024.

By: _____
Name: Norio Nakajima
Title: President & CEO