## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| GEORGIA TECH RESEARCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MURATA ELECTRONICS NORTH AMERICA, INC., and<br><br>MURATA MANUFACTURING CO., LTD.,<br><br>Defendants. | Civil Action No. 1:24-cv-05268-JPB |

## JOINT NOTICE RE: DENIAL OF IPR AND
## MOOTNESS OF MOTION TO STAY [DOC. 14]

The parties jointly notify the Court of action by the Acting Director of the U.S. Patent & Trademark Office (PTO) that moots the defendants' motion to stay [Doc. 14]. On April 2, 2025, the defendants filed a motion to stay this action "pending the resolution of" the two *inter partes* review (IPR) petitions they had filed in February. [Doc. 14, p. 1]. Briefing on the motion closed May 22, 2025.

Last week, on July 29, the Acting Director for the PTO exercised the new discretionary denial for both IPR petitions. The Acting Director's denial was procedural, not substantive, and did not consider the merits of the IPR petitions or their likelihood of success. A copy of the order is attached as Exhibit 1.

Accordingly, the parties agree the motion to stay "pending resolution" of the IPRs [Doc. 14] is **moot**.

So that the USPTO may consider the merits of Murata's invalidity grounds notwithstanding workload limitations at the PTAB, Murata intends to request *ex parte* reexamination of the '914 Patent and will follow such with a renewed motion to stay. GTRC opposes any renewed request to stay and will respond accordingly if and when the motion is filed.

_/s/ Warren J. Thomas_

John W. Harbin (Ga. Bar No. 324130)
Gregory J. Carlin (Ga. Bar No. 455865)
Warren J. Thomas (Ga. Bar No. 164714)
**Meunier Carlin & Curfman LLC**
999 Peachtree Street NE
Suite 1300
Atlanta, GA 30309
Tel: 404-645-7700
jharbin@mcciplaw.com
gcarlin@mcciplaw.com
wthomas@mcciplaw.com

*Attorneys for Plaintiff Georgia Tech Research Corporation*

2

*/s/ Dylan Freeman (with permission)*

Richard Miller
Georgia Bar No. 065257
Alan White
Georgia Bar No. 410546
BALLARD SPAHR LLP
999 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30062
678-420-9340
millerrw@ballardspahr.com
whiteda@ballardspahr.com

Jason T. Lao (*pro hac vice*)
Cal. Bar. No. 288161
jason.lao@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
(949) 202-3000
To Appear Pro Hac Vice

Dylan Freeman (*pro hac vice*)
TX Bar No. 24131314
dylan.freeman@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
(214) 651-5000

*Attorneys for Defendants Murata Electronics North America, Inc. and Murata Manufacturing Co., Ltd.*

3