# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA TECH RESEARCH CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>MURATA ELECTRONICS NORTHER AMERICA, INC. and MURATA MANUFACTURING CO., LTD.,<br><br>*Defendants.* | Civil Action No. 1:24-cv-05268-JPB |

## ATTACHMENT TO JOINT NOTICE CONCERNING THE USPTO GRANTING EX PARTE REEXAMINATION OF THE '914 PATENT [DKT. 29]

Attached is a copy of the document granting *ex parte* reexamination for U.S. Patent 7,489,914 for the Court's reference per the parties' previously filed Joint Notice Concerning the USPTO Granting *Ex Parte* Reexamination of the '914 Patent (Dkt. 29).

| | |
|---|---|
| DATED: November 18, 2025 | By: */s/ Jason T. Lao* |
| /s/ Warren J. Thomas (with permission) | **Richard Miller**<br>Georgia Bar No. 065257<br>**Alan White**<br>Georgia Bar No. 410546<br>Ballard Spahr LLP<br>999 Peachtree Street NE, Suite 1600<br>Atlanta, Georgia 30062<br>Telephone: 678-420-9340<br>Email: millerrw@ballardspahr.com<br>whiteda@ballardspahr.com |
| John W. Harbin (Ga. Bar No. 324130)<br>Gregory J. Carlin (Ga. Bar No. 455865)<br>Warren J. Thomas (Ga. Bar No. 164714)<br>Meunier Carlin & Curfman LLC<br>999 Peachtree Street NE<br>Suite 1300<br>Atlanta, GA 30309<br>Tel: 404-645-7700<br>jharbin@mcciplaw.com<br>gcarlin@mcciplaw.com<br>wthomas@mcciplaw.com | |
| *Attorneys for Plaintiff Georgia Tech Research Corporation* | **Jason T. Lao**<br>Cal. Bar. No. 288161<br>jason.lao@haynesboone.com<br>HAYNES AND BOONE, LLP<br>600 Anton Blvd., Suite 700<br>Costa Mesa, CA 92626<br>(949) 202-3000<br>*Pro Hac Vice*<br><br>**Dylan Freeman**<br>TX Bar No. 24131314<br>dylan.freeman@haynesboone.com<br>HAYNES AND BOONE, LLP<br>2801 N. Harwood Street, Suite 2300<br>Dallas, TX 75201<br>(214) 651-5000<br>*Pro Hac Vice*<br><br>*Attorneys for Defendants Murata Electronics North America, Inc. and Murata Manufacturing Co., Ltd.* |