**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GEORGIA TECH RESEARCH CORPORATION,<br>Plaintiff,<br>v.<br>MURATA ELECTRONICS NORTH AMERICA, INC., and<br>MURATA MANUFACTURING CO., LTD.,<br>Defendants. | Civil Action No. 1:24-cv-05268-JPB |

**JOINT NOTICE OF COMPLETION OF EX PARTE REEXAM AND REQUEST TO REOPEN [RE DOC. 32]**

In November 2025, the Court stayed this patent infringement litigation "pending the outcome of the USPTO's *ex parte* reexamination" of the asserted patent and administratively closed the case "for docket management purposes." [Doc. 32, p. 11] (granting Defendants' Motion to Stay [Doc. 26]).[1] In accord with that order, the parties jointly report that the reexamination was completed on August 19, 2026, with the USPTO confirming that all challenged claims are patentable over the Defendants' asserted challenges. See Notice of Intent to Issue a

[1] The order also denied the Defendants' then-pending motion to dismiss for failure to state a claim "without prejudice to renew once the stay is lifted." [Doc. 13].

Reexamination Certificate, attached as Exhibit 1 hereto. The Reexamination Certificate has not yet been issued.

The parties are currently conferring regarding the appropriate next steps for this litigation and will submit their respective positions to the Court by September 25, 2026.

*/s/ Warren J. Thomas*

John W. Harbin (Ga. Bar No. 324130)
Gregory J. Carlin (Ga. Bar No. 455865)
Warren J. Thomas (Ga. Bar No. 164714)
**Meunier Carlin & Curfman LLC**
999 Peachtree Street NE
Suite 1300
Atlanta, GA 30309
Tel: 404-645-7700
jharbin@mcciplaw.com
gcarlin@mcciplaw.com
wthomas@mcciplaw.com

*Attorneys for Plaintiff Georgia Tech Research Corporation*

*<u>/s/ Jason T. Lao (with permission)</u>*

Richard Miller
Georgia Bar No. 065257
Alan White
Georgia Bar No. 410546
BALLARD SPAHR LLP
999 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30062
678-420-9340
millerrw@ballardspahr.com
whiteda@ballardspahr.com

Jason T. Lao (*pro hac vice*)
Cal. Bar. No. 288161
jason.lao@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
(949) 202-3000
To Appear Pro Hac Vice

Dylan Freeman (*pro hac vice*)
TX Bar No. 24131314
dylan.freeman@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
(214) 651-5000

*Attorneys for Defendants Murata Electronics North America, Inc. and Murata Manufacturing Co., Ltd.*